## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Commodity Futures Trading Commission

                Plaintiff

Case No.: 22CV21520-GAYLES

vs.

Damian Castilla, et al.

                Defendant

### AFFIDAVIT OF SERVICE

I, Simon R. Vela, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Damages and Injunctive Relief, Civil Monetary Penalties, Restitution, Disgorgement, and Other Relief in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 6/9/2022 at 7:40 PM, I served DCAST Capital Investments LLC c/o Damian Castilla at 8181 Southwest 122nd Avenue, Miami, Florida 33173 with the Summons and Complaint for Damages and Injunctive Relief, Civil Monetary Penalties, Restitution, Disgorgement, and Other Relief by serving Damian Castilla, authorized to accept.

Damian Castilla is described herein as:

Gender: Male   Race/Skin: White   Age: 45   Weight: 200   Height: 5'10"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

6/20/2022
Executed On

Simon R. Vela

Client Ref Number:
Job #: 1603101

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050