UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

v.

DAMIAN CASTILLA, DCAST CAPITAL
INVESTMENTS LLC, and FIVE TRADERS
LLC,

Defendants.

Case No.:  1:22-cv-21520

## DECLARATION OF ELSIE ROBINSON
## PURSUANT TO 28 U.S.C. § 1746

I, Elsie Robinson, hereby make the following declaration based upon my personal

knowledge:

### I.      INTRODUCTION

1.      I am over 21 years of age and am legally fit and qualified to testify in a court of

law.

2.      I hold a Bachelor of Arts degree, and I am a Certified Fraud Examiner.

3.      I am employed as a Futures Trading Investigator by the Division of Enforcement

("Division") of the Commodity Futures Trading Commission ("Commission"), located at 2600

Grand Boulevard, Suite 210, Kansas City, Missouri 64108.

4.      I have been assigned to the Division as a Futures Trading Investigator since joining

the Commission in April 2015.  As a Futures Trading Investigator, my responsibilities include

investigating potential violations of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 1-26 and

the regulations promulgated thereunder.  I also routinely analyze customer account documents,

review trading documentation, analyze bank records, trace the flow of funds, review registration information, perform investigative searches in databases such as Thomson Reuters CLEAR ("CLEAR"), review emails and other relevant records provided by customers, and conduct and participate in investigative interviews.

5.     From 2006 to 2015, I was employed by the United States Attorney's Office ("USAO") for the Western District of Missouri as a financial analyst, responsible for performing investigations and analyses of accounting, economic, and financial issues involving individuals and business organizations.  While employed at the USAO, my duties included, but were not limited to, reviewing financial and management operations of commercial, industrial, municipal and corporate organizations; examining financial statements, accounting records and operational records; researching individuals' and businesses' backgrounds; researching applicable regulatory and legal standards and requirements; interviewing witnesses and targets of investigation; reviewing correspondence, including e-mail and audio recordings; examining depositions and legal filings; and performing analyses of the information gathered.

6.     During my tenure at the USAO, I worked on a number of different matters including:  (1) reviewing and analyzing bank records, property records, and corporate documents, analyzing money flow, conducting witness interviews and participating in search and seizure warrants in a large software piracy investigation; (2) reviewing and analyzing business records, recorded conference calls, bank records, and trading records; interviewing witnesses and targets; testifying at trial and sentencing as to financial analyses and loss amounts; and preparing a restitution order in connection with a securities fraud scheme involving  thousands of victims and which resulted in the conviction of 14 defendants; (3) reviewing business records and money flow in investigations of federal funding fraud and embezzlement; (4) reviewing land and

financial transactions involved in mortgage fraud investigations; and (5) reviewing audio records, publicly available land records, and insurance and financial documents as to an arson for insurance fraud scheme.

7.     I have personal knowledge of the facts stated herein, and if called to testify, I could and would competently testify to the same.

## II.     MATERIALS REVIEWED

8.     As part of my investigatory responsibilities for this matter, I performed a search of relevant databases and reviewed various documents obtained by the Division in the course of its investigation, including the following relevant materials:

a.     Records obtained through the CLEAR database relating to Damian Castilla, and DCAST Capital.

b.     Public records obtained from Secretaries of State relating to the formation, organization, and registration of DCAST Capital and Five Traders.  True and correct copies of these records are attached as **Exhibit A**.

c.     Records obtained through the National Futures Association's ("NFA") online registration system ("ORS").  True and correct copies of certain of these records are attached as **Exhibit B**.

d.     Records obtained through the CFTC's March 24, 2021 FCM surveys of all U.S.-based Futures Commission Merchants ("FCMs").  True and correct copies of a selection of these materials are attached as various exhibits, as described below.

e.     Materials provided to the Commission by certain individuals and entities that invested with Defendants ("Pool Participants").  True and correct copies of certain of these materials are attached as various exhibits, as described below.

f.     Bank records for the following accounts:

| Bank | Account Holder | Account No. | Period of Review |
|------|----------------|-------------|------------------|
| JPMorgan Chase | DCAST Capital | X3518 | April 1, 2014 to October 24, 2019 |
| Wells Fargo Bank | DCAST Capital | X2088 | September 30, 2020 to July 31, 2021 |
| Wells Fargo Bank | Five Traders | X4690 | September 20, 2019 to July 31, 2021 |
| Wells Fargo Bank | Castilla | X4666 | September 16, 2019 to July 14, 2021 |
| Wells Fargo Bank | Castilla | X0881 | September 16, 2019 to July 7, 2021 |

True and correct copies of account opening documents for the accounts listed are attached as

**Exhibit C**.

g.     Futures trading records, including trading account statements, account

opening documents, and communications for the accounts in the following table:

| FCM | Account Holder | Account No. | Period of Review |
|-----|----------------|-------------|------------------|
| Dorman Trading LLC | DCAST Capital | X3071 | January 29, 2016 to September 30, 2021 |
| Dorman Trading LLC | DCAST Capital | X6445 | October 31, 2018 to September 30, 2020 |
| Phillip Capital Inc. | Five Traders LLC | X0032 | August 1, 2020 to August 31, 2021 |

True and correct copies of account opening documents for these accounts are attached as **Exhibit**

**D.**

4

Unless otherwise stated, the "Relevant Period" referenced in this declaration is January 1, 2014 to the date of execution.

## III.    INFORMATION REGARDING DEFENDANTS

9.      Defendant **Damian Castilla** is a resident of Miami, Florida and is the sole owner and sole managing member of DCAST and Five Traders.  **Exhibit A & C.**

10.     Publicly available information shows that Castilla was charged by the Florida State Attorney's Office, in Miami-Dad County, Case No. 13-2020-CF-004700-0001, for Organized Fraud and Grand Theft 1st Deg, on or around March 19, 2020.  **Exhibit E.**

11.     On December 9, 2013, Castilla registered DCAST Capital with the Florida Secretary of State.  **Exhibit A.**  Castilla was listed as the registered agent and sole manager of the entity.   DCAST Capital's registered address is the same as Castilla's previous address.  DCAST Capital became an inactive entity, for "Admin Dissolution," on September 24, 2021.  **Exhibit A**.

12.     On April 26, 2019, Castilla registered Five Traders with the Wyoming Secretary of State.  **Exhibit A.**  Castilla appointed an administrator as registered agent of Five Traders, but opened bank accounts and identified himself as "owner with control of the entity" on at least one bank account opening form and was the only listed signatory on any of its bank accounts. **Exhibit C.**

## IV.    CFTC REGISTRATION AND NFA MEMBERSHIP

13.     The Act requires certain firms and individuals that conduct business in the derivatives industry to register with the Commission.  The Commission has delegated its registration responsibility to the NFA.  Depending on a firm's business activity, certain entities and individuals must register with the Commission as a commodity pool operator ("CPO") or an

associated person ("AP") of a CPO.  Such current and historical registration status is reflected on the NFA's BASIC and ORS databases.

14.     Defendant Damian Castilla applied for registration as a commodity trading advisor in August 2013.  He withdrew that application in November 2013.  From January 1, 2014 to present, Castilla was not registered in any capacity with the Commission.  **See Exhibit B.**

15.     Defendant DCAST Capital claimed an exemption from registration as a commodity trading advisor with the Commission, but withdrew that exemption as of April 17, 2015.  DCAST Capital has never been registered in any capacity with the Commission.  **See Exhibit B.**

16.     Defendant Five Traders has never been registered with the Commission.

**V.     DEFENDANTS' COMMUNICATIONS WITH POOL PARTICIPANTS**

17.     During the course of the investigation, I participated in interviews of at least seventeen Pool Participants.

18.     **On October 13, 2021**, I participated in an interview of Pool Participant A.[1]  The following is a summary of information Pool Participant A provided during that interview:

Pool Participant A met Castilla when Castilla hired him to be his flight instructor. After numerous conversations about futures trading during Castilla's flying lessons, Castilla solicited $30,000 from Pool Participant A that Castilla claimed would be used to trade futures for Pool Participant A, and that Castilla would open a sub account for Pool Participant A.

---

[1] Pool Participant A is also identified as Participant A in the Complaint.

Pool Participant A received monthly account statements from Castilla that represented the subaccount had profitable trading. After approximately three years, the account statement showed a balance of about $5.5 million—from an initial investment of $30,000.

Pool Participant A asked Castilla for a return of funds, but Castilla was unable to return funds to Pool Participant A. Castilla provided numerous excuses about his inability to return Pool Participant A's supposed profits. Castilla told Pool Participant A that a person who had a disagreement about the account sued Castilla, which prevented Castilla from returning the funds. Castilla also told Pool Participant A that OFAC froze Castilla's accounts. Castilla also told Pool Participant A that the CFTC was investigating Castilla and froze Castilla's accounts.

Pool Participant A stated that he had communications as recent as early October 2021 in which Castilla claimed to have money available to repay investors, but that the accounts were still frozen.

19.    **On October 8, 2021,** I participated in an interview of Pool Participant B. The following is a summary of information Pool Participant B provided during that interview and based on my review of documents Pool Participant B provided to the Division:

Pool Participant B met Castilla through Pool Participant C. During a video telephone call in September 2020, Castilla represented that he invested money in futures on behalf of himself and clients. Castilla claimed approximately 17 years of trading experience. Castilla stated that his clients were earning 8-10% profits per month. Pool Participant B had seen account statements that Castilla provided to Pool Participant C, which showed profits consistent with 8-10% profits per month. In October 2020, Pool Participant B met Castilla and provided him with a cashier's check for $50,000 that would be placed in a separate account for Castilla and his company to trade. Pool Participant B received trading account statements from

Castilla showing her funds were being traded by DCAST.  A statement dated November 2, 2020 showed trades in account X987 – X3071 showing profitable trading activity and an account value of $60,811.50.  ***See* Exhibit F.**  Account statements Castilla sent to Pool Participant B showed increased account values in December 2020 and January 2021.  In January 2021, Pool Participant B provided a copy of the December 2020 account statement to Dorman.  Dorman informed Pool Participant B that the account did not exist.  Castilla never informed Pool Participant B he had been arrested in March 2020.  Pool Participant B would not have provided any funds to Castilla or DCAST if such information was disclosed to her.

20.     **On October 13, 2021,** I participated in an interview of Pool Participant C.  The following is a summary of information Pool Participant C provided during that interview and based on my review of documents Pool Participant C provided to the Division:

Pool Participant B first met Castilla around 2018.   A friend of Pool Participant C had provided funds to Castilla and informed Pool Participant C that the investment was doing very well.

Pool Participant C did not provide any funds to Castilla initially.  During a later meeting, Castilla showed Pool Participant C accounts statements that Castilla claimed showed profitable trading in futures.  Pool Participant C ultimately provided $25,000 to Castilla to trade futures.  Castilla informed Pool Participant C that he would provide monthly reports detailing the trading activity.  Pool Participant C regularly received trading account statements that showed her funds were held in an account owned by DCAST at Dorman Trading and showed regular profits accumulating in the account.  When Pool Participant C requested that Castilla provide a portion of the account balance, Castilla stated that he had the money to pay the withdrawal but

that the accounts were frozen because he had wired money to someone outside the country that triggered an investigation and freeze of his trading accounts.

21.    **On October 8, 2021,** I participated in an interview of Pool Participant D.  The following is a summary of information Pool Participant D provided during that interview and based on my review of documents Pool Participant D provided to the Division:

Pool Participant D first met Castilla in person in October 2019.  Castilla solicited Pool Participant D to provide funds for Castilla to trade futures.  Pool Participant D provided a check for $50,000 to Castilla made out to Five Traders.  Pool Participant D regularly received account statements from Castilla that represented consistent, profitable trading in Pool Participant D's account.  The account statements Pool Participant D received showed the trading account in the name of DCAST.  When Pool Participant tried to withdraw funds, Castilla provided numerous excuses, but never sent the funds that Pool Participant D requested.  Among other excuses, Castilla told Pool Participant D that his accounts were temporarily frozen because he had a problem with OFAC (the Office of Foreign Assets Control) due to wiring money out of the country to someone that triggered an investigation.

22.    **On April 21, 2021,** I participated in an interview of Pool Participant E.  The following is a summary of information Pool Participant E provided during that interview and based on my review of documents Pool Participant E provided to the Division:

Pool Participant E met Castilla around 2016.  Castilla told Pool Participant E that Castilla trades funds in pooled accounts and earns 30% of the gains.  Pool Participant E sent DCAST $50,000 in mid 2016.   Following his investment with DCAST, Pool Participant E began receiving monthly account statements.  The account statements were purportedly issued by Dorman, and the account name was DCAST Capital.  According to the statements, the account

was "doing really well" and Pool Participant E agreed to invest an additional $25,000 in November 2016.  Pool Participant E invested additional funds because of the profitable trading identified in the account statements.

In September 2018, Pool Participant E withdrew $75,000 from the account (his original investment).   Pool Participant E received the funds within a few days.  Even after that withdrawal, the statements showed that Pool Participant E's account had a balance of over $400,000.  In July 2019, Pool Participant E invested an additional $25,000.

In February 2020, Pool Participant E withdrew $75,000.  There was some delay in Defendants issuing the funds to Pool Participant E, and Castilla provided various excuses.  In December 2020, Pool Participant E requested that Castilla return $100,000, but never received any additional funds—instead only receiving more excuses.

23.   **On May 4, 2021,** I participated in an interview of Pool Participant F and Pool Participant G.  The following is a summary of information Pool Participant F and Pool Participant G provided during that interview and based on my review of documents Pool Participant F and Pool Participant G provided to the Division:

Pool Participant F and Pool Participant G have been friends for about 30 years.  They both met Castilla over lunch around October 2019 through a mutual friend.  During the lunch meeting, Castilla stated that he has made a lot of money trading futures, and that Castilla would "make them a lot of money" too.  Castilla explained that he was doing well trading indexed futures products, in particular the E-mini Dow Futures contract.

Pool Participant F provided two checks for $50,000 each, totaling $100,000, written out to Five Traders.  The checks were provided in November 2019.  Pool Participant G provided a check to Five Traders for $100,000 in October 2019.  Both Pool Participants received account

statements showing trading activity occurring in DCAST's account at Dorman.  Castilla stated that both accounts were "sub-accounts" at Dorman that he created to trade their funds.

After about three months, Castilla suggested that Pool Participants F and G form a partnership in a company Castilla had set up for his family, Five Traders LLC.  Castilla told them he traded smaller amounts that others were investing, out of his DCAST trading account. They agreed to each contribute $1 million. DC said he would move the $100,000 each that Pool Participants F and G initially invested in October into the Five Traders account and move their profits to date—approximately $100,000 each—into the Five Traders account.

Castilla purportedly began trading through a Five Traders account around February 2020. Because the 2019 monthly statements showed such a great profit, Pool Participant F provided an additional $100,000 to Five Traders. Castilla provided account statements to Pool Participant F and Pool Participant G that showed his trading on behalf of Five Traders was extremely profitable.  Based on the profitable trading, Pool Participant G wired an additional $300,000 to Five Traders in March 2020.  Castilla provided a March 2020 account statement that showed Five Traders had an account balance of over $4 million in an account at Dorman.  Castilla later provided an account statement dated July 21, 2020 from the same account that showed an account balance of over $8.6 million. **See Exhibit G.**

Pool Participants F and G requested their funds at various times in 2020.  Eventually, in March 2021, Pool Participants F received a check for $100,000 from Five Traders and Pool Participant G received a check for $200,000 from Five Traders.  Neither check was honored.

## VI.   U.S. TRADING ACCOUNTS

24.   As part of the investigation, I reviewed the following records related to futures trading accounts:

    **a.**  Records provided in response to requests for information issued on March 24, April 8, April 29, and October 14, 2021, under Section 4g of the Act (4g request) to Dorman Trading, LLC, a registered FCM.

    **b.**  Records provided in response to a 4g request issued on April 27, 2021, to NinjaTrader Brokerage, LLC, a registered introducing broker.

    **c.**  Records provided in response to a request for information issued on April and September 15, 2021 to Phillip Capital, Inc., a registered FCM.

25.    At no time during the relevant period did Defendants establish subaccounts with any FCM.  That is, all trading activity and account balances in Defendants' accounts occurred in the three accounts listed above.

26.    DCAST and Five Traders deposited a total of $105,000 over the life of the three trading accounts.  The highest month-end balance for any single account was $38,337.20—DCAST X6445 in October 2018.

27.    Each of the three accounts had net losses over the life of the accounts, and were unprofitable the majority of months, with the highest profit in any month being $4,666—Dorman -3071 in January 2016.

28.    A review of emails provided by Dorman showed that Pool Participant B provided Dorman with two trading account statements that she received from Castilla—showing a trading account in the name of DCAST, account numbers X987 - X3071 and X989 – X3071, with account values of $69,918.50 and $70,079.60.  Both account statements were dated December 7, 2020.  Emails produced by Dorman show that Dorman employees referred to these account statements as "2 Fraudulent Dorman Statements."  **See Exhibit H.**  As of December 7, 2020,

DCAST's X3071 account had a balance of $719.67.  **See Exhibit I.**  The last trading activity in any of DCAST's accounts at Dorman was in March 2020.

29.     Documents obtained during the Division's investigation also show that Defendants regularly provided account and bank statements to pool participants showing profitable trading.  Based on my review Defendants' trading records, none of the account statements Defendants provided to Pool Participants were legitimate.

30.     For example, Castilla provided Pool Participant C (discussed above) with an account statement in August 2020 that showed Pool Participant C's account value over $252,000 about two years after the initial $25,000 investment.  ***See* Exhibit J.**  No such trading account ever existed, let alone with a value over 10 times the initial investment.

31.     Also, Pool Participant E, who is one of the earliest investors and received all of his principal back, continued receiving account statements through the years that showed the trading account had grown to over $800,000 by March 2021.  ***See* Exhibit K.**

32.     Finally, Pool Participants F and G provided account statements received from Defendants that purported to be issued by Dorman to Five Traders.  In particular, one account statement dated July 21, 2020, shows an account value of over $8.6 million.  ***See* Exhibit G.**  Five Traders did not have a trading account with Dorman.

## VII.     ANALYSIS OF BANK ACCOUNTS

33.     The following observations are based on my analysis of relevant bank records, unless otherwise noted.

34.     Between January 2014 and March 2021, the reviewed bank records show that Castilla, DCAST Capital, and Five Traders received a total of $3,400,716.20 from at least 59 Pool Participants ("Pool Participant funds").

35.     Castilla made Ponzi-type payments of $ 1,609,737.00 to certain investors. Some of those payments included the memo "investment" in connection with the payment from Defendants to Pool Participants.

36.     Some Pool Participants received returns from Defendants that exceeded their principal investment.  Other Pool Participants received no funds back from Defendants.  When excluding Pool Participants that received their entire principal back (or more), Pool Participants have suffered losses of $2,687,440.13.

37.     My review of Castilla's bank records held at JPMorgan Chase and Wells Fargo reflect that Castilla received no regular recurring income from employment during the Relevant Period.

38.     Defendants regularly commingled investor funds with non-investor funds.  Castilla regularly transferred funds from Five Traders or DCAST corporate bank accounts to his personal bank accounts, which he then used for personal expenses, including (based on the descriptions in the bank records) car payments, home remodeling, lawn services, clothing, and restaurants. Castilla also withdrew funds from both corporate accounts as cash.

39.     In some cases, Castilla used investor funds to repay earlier investors just days after receiving the funds.  For example, on April 2, 2019, Pool Participant A provided DCAST with $5,000 for trading futures.  On April 3, 2019, DCAST issued Pool Participant H $2,500 in alleged profits from trading.  And on August 16, 2019, Pool Participant I provided $10,000 to DCAST for trading futures.  On August 19 and 26, 2019, DCAST issued $5,000 ($2,500 per date) to Pool Participant H.

40.     Among other examples, on February 3, 2020, Pool Participant F provided $50,000 to Five Traders for trading futures.  On February 4, 2020, Five Traders issued $50,000 to Pool

Participant E as purported profits from trading.  On February 10, 2020 Pool Participant F provided a second payment of $50,000 to Five Traders.  On February 13, 2020, Five Traders issued $25,000 to Pool Participant E as purported profits from trading.

41.     Castilla, DCAST, and Five Traders did not follow any formalities in which entities accepted or returned funds to Pool Participants.  For example, Pool Participant E provided $75,000 to DCAST in July and November 2016.  When Castilla issued returns to Pool Participant E, Castilla returned $75,000 in September 2018 from DCAST.  In February 2020, Castilla issued $75,000 to Pool Participant E from a Five Traders account.  Pool Participant E stated during an interview that he had never heard of Five Traders.

42.     Pool Participant A provided approximately $30,000 to DCAST for trading futures, but received about $200,000 in "profits" that Castilla issued from DCAST's and Five Traders' bank accounts.  At least four other Pool Participants provided funds to DCAST, but received purported profits from Five Traders.

43.     During the course of the Division's investigation, the Division obtained documents from many of the Pool Participants that Pool Participants identified as materials that Defendants provided.  Not one Pool Participant provided the Division with risk disclosures or cautionary statements consistent with the disclosures required by 17 C.F.R. § 4.21, and detailed in 17 C.F.R. § 4.24, and no Pool Participant stated that they ever received such disclosures from Defendants.

44.     During the course of the Division's investigation, the Division obtained documents that many of the Pool Participants stated that they received as periodic updates of the performance of their funds and investments.  As detailed above, Defendants regularly provided false account statements.  No Pool Participants provided any documents that detailed financial statements—

whether monthly, quarterly, or annual—of the true and actual performance of Defendants' trading as required by 17 C.F.R. § 4.22. The account statements that Defendants provided to Pool Participants were falsified and did not show, among other things, accurate changes in unrealized net gain or loss on commodity interest positions.

## VIII. SUBPOENA ISSUED BY THE DIVISION OF ENFORCEMENT

45. On June 21, 2021, the Division of Enforcement issued a subpoena to Defendants. A copy of the Subpoena and email transmittal of the Subpoena are attached as **Exhibit L**. I received a Blind Copy of the transmittal email.

46. Document Request Number 2, sought "Documents sufficient to show the names, addresses, phone numbers, e-mail address, and any other contact information of all current and former customers or clients of [Castilla], Five Traders, DCAST Capital, or any other entity" in which Castilla possessed an ownership interest.

47. On August 27, 2021, Defendants, through counsel, produced documents to the Division in response to the Subpoena that included a list of clients in response to Request Number 2. The list contained five names.

48. On August 31, 2021, an attorney for the Division requested that Defendants' counsel "confirm whether the documents and information . . . are complete for requests 1, 2, and 12." Defendants' counsel responded "yes". **Exhibit M.**

49. On September 28, 2021, Defendants, through counsel, produced an updated list in response to Request Number 2. The updated list contained fourteen names.

50. Based on my review of Defendants bank records and interviews of Pool Participants, both lists produced by Defendants are incomplete. For example, Pool Participant D, discussed above was not included in Defendants' response to the Subpoena. Further, Pool

Participants A and H, who are included in Paragraph 42 above as providing funds to DCAST and receiving returns from Five Traders, also were not included in Defendants' response to the Subpoena.

51.     Additionally, I participated in interviews of Pool Participants A, D, and G.  All three included details of their investment with Defendants consistent with the Pool Participants discussed in detail above.  All three Pool Participants are identifiable by name through Defendants' bank records as providing funds to Defendants.  Yet, Defendants did not disclose their names in response to the Division's Subpoena.

Date: December 12, 2022

_____

Elsie Robinson

# EXHIBIT A

DIVISION OF CORPORATIONS



## Detail by Entity Name

Florida Limited Liability Company
DCAST CAPITAL INVESTMENTS, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L13000169836 |
| **FEI/EIN Number** | 46-4627524 |
| **Date Filed** | 12/09/2013 |
| **Effective Date** | 12/09/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| **Event Date Filed** | 09/24/2021 |
| **Event Effective Date** | NONE |

**Principal Address**

11262 SW 73 TERRACE
MIAMI, FL 33173

Changed: 03/11/2014

**Mailing Address**

11262 SW 73 TERRACE
MIAMI, FL 33173

Changed: 03/11/2014

**Registered Agent Name & Address**

CASTILLA, DAMIAN
11262 SW 73 TERRACE
MIAMI, FL 33173

Name Changed: 09/28/2020

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

CASTILLA, DAMIAN
11262 SW 73 TERRACE
MIAMI, FL 33173

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/20/2018 |
| 2019 | 05/01/2019 |
| 2020 | 09/28/2020 |

**Document Images**

| | |
|---|---|
| 09/28/2020 -- REINSTATEMENT | View image in PDF format |
| 05/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/17/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/11/2014 -- ANNUAL REPORT | View image in PDF format |
| 12/09/2013 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

# STATE OF WYOMING ∗ SECRETARY OF STATE
# EDWARD A. BUCHANAN
# BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone 307-777-7311
Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Five Traders, LLC** | | |
|------|------|------|------|
| **Filing ID** | **2019-000853261** | | |
| Type | Limited Liability Company | Status | Active |

## General Information

| | | Sub Status | Current |
|------|------|------|------|
| Old Name | | Standing - Tax | Good |
| Fictitious Name | | Standing - RA | Good |
| | | Standing - Other | Good |
| Sub Type | | Filing Date | 04/26/2019 9:31 AM |
| Formed in | Wyoming | Delayed Effective Date | |
| Term of Duration | Perpetual | Inactive Date | |

**Principal Address**

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

**Mailing Address**

1712 Pioneer Ave Ste 500
Cheyenne, WY 82001

**Registered Agent Address**

Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

**Parties**

| Type | Name / Organization / Address |
|------|------|

**Notes**

| Date | Recorded By | Note |
|------|------|------|

# Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Five Traders, LLC** | | | |
|------|------|---|---|---|
| **Filing ID** | **2019-000853261** | | | |
| Type | Limited Liability Company | | Status | Active |

## Most Recent Annual Report Information

| | | | | | |
|---|---|---|---|---|---|
| Type | Original | | | AR Year | 2021 |
| License Tax | $50.00 | AR Exempt | N | AR ID | 06149278 |
| AR Date | 3/18/2021 10:08 AM | | | | |
| Web Filed | Y | | | | |

### Officers / Directors

| Type | Name / Organization / Address |
|------|-------------------------------|

| **Principal Address** | **Mailing Address** |
|-----------------------|---------------------|
| 1712 Pioneer Ave Ste 500 | 1712 Pioneer Ave Ste 500 |
| Cheyenne, WY 82001 | Cheyenne, WY 82001 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|-----|--------|------|------|-----|
| 05633683 | Original | 03/24/2020 | 2020 | $50.00 |
| 06149278 | Original | 03/18/2021 | 2021 | $50.00 |

## Amendment History

| ID | Description | Date |
|----|-------------|------|
| See Filing ID | Initial Filing | 04/26/2019 |

**WY Secretary of State**
**FILED: 04/26/2019 09:31 AM**
**ID: 2019-000853261**

# ARTICLES OF ORGANIZATION
## OF
### Five Traders, LLC

## A LIMITED LIABILITY COMPANY

I.    The name of the limited liability company is Five Traders, LLC

II.   The period of its duration is <u>perpetual</u> from the date of filing Articles of Organization with the Wyoming Secretary of State.

III.  The purpose for which the limited liability company is organized is: <u>any lawful purpose except for the purposes of banking and insurance</u>.

IV.   The name and address of its registered agent is:

Capital Administrations, LLC
1712 Pioneer Ave. Ste. 115
Cheyenne, WY 82001

V.    The mailing and principal office address is:

1712 Pioneer Ave. Ste. 500
Cheyenne, WY  82001

VI.   The remaining members of the limited liability company, if any, shall have the right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member of the limited liability company, unless otherwise stated in the Membership Operating Agreement.

Dated this 16th day of April, 2019.

Stephanie Quinones, on behalf of
Capital Administrations, LLC, Organizer
tax@wyomingcompany.com



RECEIVED
APR 16 2019
Secretary of State
Wyoming

**CONSENT TO**
**APPOINTMENT BY REGISTERED AGENT**

I.   Capital Administrations, LLC, located at 1712 Pioneer Ave. Ste. 115 Cheyenne, WY, 82001, voluntarily consents to serve as the registered agent for Five Traders, LLC, on the date shown below;

II.  The undersigned by and on behalf of Capital Administrations, LLC, hereby certify that it is in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

Dated this 16th day of April, 2019.

Stephanie Quinones, on behalf of
Capital Administrations, LLC, Registered Agent

# STATE OF WYOMING
## Office of the Secretary of State

I, EDWARD A. BUCHANAN, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF ORGANIZATION

## Five Traders, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **26th** day of **April, 2019**.



_____
Secretary of State

By: _____
        Anneleisa Renner

Filed Date: 04/26/2019

**2020**          **Limited Liability Company Annual Report**

Due on or Before:        April 1, 2020
ID:                      2019-000853261
State of Formation:      Wyoming
License Tax Paid:        $50.00
AR Number:               05633683

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

**Five Traders, LLC**

1: Mailing Address

  1712 Pioneer Ave Ste 500
  Cheyenne, WY 82001

*Current Registered Agent:*
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

2: Principal Office Address

  1712 Pioneer Ave Ste 500
  Cheyenne, WY 82001

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> Statement of Change form available from the Secretary of State's website at <u>http://soswy.state.wy.us</u>

  Email: tax@wyomingcompany.com

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.


C. Kupec (Auth Agent)              C. Kupec (Auth Agent)              March 24, 2020
Signature                          Printed Name                       Date

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
  1. Complete the required worksheet.
  2. Sign and date this form and return it to the Secretary of State at the address provided above.

**2021**                        **Limited Liability Company Annual Report**

Due on or Before:        April 1, 2021
ID:                      2019-000853261
State of Formation:      Wyoming
License Tax Paid:        $50.00
AR Number:               06149278

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

### *Five Traders, LLC*

1:  Mailing Address

  1712 Pioneer Ave Ste 500
  Cheyenne, WY 82001

<u>*Current Registered Agent:*</u>
Capital Administrations LLC
1712 Pioneer Ave Ste 115
Cheyenne, WY 82001

2:  Principal Office Address

  1712 Pioneer Ave Ste 500
  Cheyenne, WY 82001

  Email: tax@wyomingcompany.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> Statement of Change form available from the Secretary of State's website at <u>http://soswy.state.wy.us</u>

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.


| A. Jackson (authorized agent) | A. Jackson (authorized agent) | March 18, 2021 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet.
2.  Sign and date this form and return it to the Secretary of State at the address provided above.

# EXHIBIT B



# Status History

NFA ID: 0465474   DAMIAN CASTILLA

as of November 08, 2022

| Status | Effective Date |
|---|---|
| FOREX FIRM PENDING STATUS WITHDRAWN | 11/13/2013 |
| NFA MEMBER PENDING STATUS WITHDRAWN | 11/13/2013 |
| COMMODITY TRADING ADVISOR PENDING STATUS WITHDRAWN | 11/13/2013 |
| FOREX FIRM PENDING | 08/15/2013 |
| NFA MEMBER PENDING | 08/15/2013 |
| COMMODITY TRADING ADVISOR PENDING | 08/15/2013 |



**BASIC**

# Search Results

**0** search results for **DAMIAN, CASTILLA**

Sort by:   Individual Name (A–Z)



## Your search returned no results.

If you did not find what you are looking for, you may have entered your search terms incorrectly. **Ensure that you have selected the appropriate dropdown—firm name, individual name, NFA ID or pool name—before performing your search again.** If your search still returns no results, you may be dealing with an individual or firm that is not registered with the CFTC and not an NFA Member.

©2019 National Futures Association. All Rights Reserved. NFA and NATIONAL FUTURES ASSOCIATION are registered trademarks of National Futures Association.



NFA ID: 0486701

## DCAST CAPITAL INVESTMENTS LLC

**Not an NFA Member**



### Not an NFA Member

Non-Member not subject to NFA oversight.

### Firm Exemptions

Read the CFTC Part 4 Easy Reference Guide to learn more about exemptions. For additional details about CFTC No Action Letters, click here.

| Exemption Type ▲ ▼ | Status ▲ ▼ ? | Withdrawn Date ▲ ? | Last Affirmed Date ▲ ? | Affirmation Due Date ▲ |
|---|---|---|---|---|
| 4.14(a)(8) | Withdrawn | 04/17/2015 | - | - |

« ‹ Page 1 of 1 ▾ › »

©2021 National Futures Association. All Rights Reserved. NFA and NATIONAL FUTURES ASSOCIATION are registered trademarks of National Futures Association.

# EXHIBIT C

CHASE ❍

**Business Signature Card**

| ACCOUNT TITLE ("DEPOSITOR") | | | | |
|---|---|---|---|---|
| DCAST CAPITAL INVESTMENTS, LLC | | | ACCOUNT NUMBER | 518 |
| | | | ACCOUNT TYPE | Chase Total Business Checking |
| | | | TAXPAYER ID NUMBER | 7524 |
| | | | DATE OPENED | 01/28/2014 |
| | | | FORM OF BUSINESS | Limited Liability Company - Manager Managed (LLC) |
| BUSINESS ADDRESS | | | ISSUED BY | JPMorgan Chase Bank, N.A. ( 021 ) |
| 11262 SW 73RD TER | | | | SW 104th St and SW 117 Ave - 125519 |
| MIAMI, FL 33173-2617 | | | | PATRICK GRANT |
| | | | | (305) 596-2954 |
| | | | | 01/28/2014 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | L13000169836 | FL | 12/09/2013 | |
| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
| None | | | | |

SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| DAMIAN CASTILLA | 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 | Manager | 1/28/14 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS10617 (11/13)



  

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

___X___ NEW _____ CHANGE

| | |
|---|---|
| ACCOUNT NO.<br>████8518 | BANK NAME/NUMBER<br>JPMorgan Chase Bank, N.A. ( 021 ) |
| ACCOUNT TITLE<br>DCAST CAPITAL INVESTMENTS, LLC | BRANCH NAME AND NO.<br>SW 104th St and SW 117 Ave - 125519 |
| | DATE<br>01/28/2014 |
| BUSINESS ADDRESS<br>11262 SW 73RD TER | PREPARED BY<br>PATRICK GRANT |
| MIAMI, FL 33173-2617 | PHONE NO.<br>(305) 596-2954 |

| | |
|---|---|
| TAXPAYER ID NO.<br>████7524 | PRODUCT TYPE<br>Chase Total Business Checking |

Legal Name of Organization: DCAST CAPITAL INVESTMENTS, LLC                                                                                          (the "Organization")

State of Organization: _FL_

Type of Organization (check one):
[ ] Limited liability company managed by its members
[X] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:
- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization, and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

### Account Opening and Contractual Authorization
Any of the people listed below ("Authorized Persons"), acting alone, may:
- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

### Deposit and Withdrawal Authorization
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| DAMIAN CASTILLA | Manager | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Facsimile Signature Authorization
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

### Further Authorizations
Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

### CERTIFICATION
The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions).

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.
Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9  or the appropriate Form W-8.

[ ] The Organization is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Organization has certified its foreign status to the Bank by completing the appropriate Form W-8.

M1207-04-CS  (11/13)                              JPMorgan Chase Bank, N.A. Member FDIC                              Page 1

 

  

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. ▮▮▮▮8518

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager
Printed Name: DAMIAN CASTILLA                                         Date 1/23/14

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

Member or Manager
Printed Name: _____                                          Date

(Attach additional pages if necessary to reflect all Members or Managers)

M1207-04-CS  (11/13)

**DISTRIBUTION:** 1) National Account Services 2) Customer
JPMorgan Chase Bank, N.A. Member FDIC

Page 2

 

# Business Account Application

**WELLS FARGO**

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | WEST KENDALL | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| ESTEFANIA DUQUE LOPEZ | | F1615 | 09/30/2020 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/263-1550 | 10948 | 0066544 | Z6177-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only     ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | | | Purpose of Account 1 : | |
|---|---|---|---|---|
| Wells Fargo Business Choice Checking | | | General Operating Account | |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | ████2088 | $40.00 | CACK |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| BD-004651366 | NO |

## Related Customer Information

| Customer 1 Name: | |
|---|---|
| DCAST CAPITAL INVESTMENTS LLC | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 100060041423118 | Sole Owner |

| Customer 2 Name: | |
|---|---|
| DAMIAN CASTILLA | |

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 727107006435616 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| DCAST CAPITAL INVESTMENTS LLC | 11262 SW 73RD TER | |
| | Address Line 2: | |
| | City: MIAMI | State: FL |
| | ZIP/Postal Code: 33173-2617 | Country: US |



2W02-001268762689-01

Business Account Application

## Customer 1 Information

| | | | | |
|---|---|---|---|---|
| **Customer Name:** DCAST CAPITAL INVESTMENTS LLC | | | | |
| **Enterprise Customer Number (ECN):** 100060041423118 | | | **Street Address:** 11262 SW 73RD TER | |
| **Account Relationship:** Sole Owner | | | **Address Line 2:** | |
| **Taxpayer Identification Number (TIN):** ▮▮▮7524 | **TIN Type:** EIN | | **Address Line 3:** | |
| **Business Type:** Limited Liability Company | | | **City:** MIAMI | **State:** FL |
| **Business Sub-Type/Tax Classification:** | **Non-Profit:** No | | **ZIP/Postal Code:** 33173-2617 | **Country:** US |
| **Date Originally Established:** 12/09/2013 | **Current Ownership Since:** | **Number of Employees:** 1 | **Business Phone:** 305/335-5492 | **Fax:** |
| **Annual Gross Sales:** $700,000.00 | **Year Sales Reported:** 09/30/2020 | **Fiscal Year End:** | **Cellular Phone:** | **Pager:** |
| **Primary Financial Institution:** | **Number of Locations:** 1 | | **e-Mail Address:** | |
| **Primary State 1:** | **Primary State 2:** | **Primary State 3:** | **Website:** | |
| **Primary Country 1:** | **Primary Country 2:** | **Primary Country 3:** | **Sales Market:** LOCAL | |

**Industry:**
Other Services (except Public Administration)

**Description of Business:**
FINANCIAL MARKET INVESTMENTS

**Major Suppliers/Customers:**

## Bank Use Only

| | |
|---|---|
| **Name/Entity Verification:** Secretary of State | **Address Verification:** NONE |
| **BACC Reference Number:** 202740000175 | |

| | | | | |
|---|---|---|---|---|
| **Document Filing Number/Description:** L13000169836 | **Filing Country:** US | **Filing State:** FL | **Filing Date:** 12/09/2013 | **Expiration Date:** |
| **Country of Registration:** US | **State of Registration:** FL | **International Transactions:** | | **Check Reporting:** NO RECORD |

Business Account Application

## Owner/Key Individual 1 Information

| Customer Name: | Residence Address: |
|---|---|
| DAMIAN CASTILLA | 11262 SW 73RD TER |

| Business Relationship: | Address Line 2: |
|---|---|
| Owner with Control of the Entity | |

| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |
|---|---|---|---|
| | ████ 1973 | 100.0 | |

| Enterprise Customer Number (ECN): | City: | | State: |
|---|---|---|---|
| 727107006435616 | MIAMI | | FL |

| Taxpayer Identification Number (TIN): | TIN Type: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|
| ████6584 | SSN | 33173-2617 | | US |

| Primary ID Type: | Primary ID Description: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|
| DLIC | ████████ | US | |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Check Reporting: |
|---|---|---|---|
| FL | 07/12/2013 | 05/14/2021 | NO RECORD |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR | WF VISA 8300 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 10/30/2023 |

## Authorized Signer 1 Information

| Authorized Signer Name: | Residence Address: |
|---|---|
| DAMIAN CASTILLA | 11262 SW 73RD TER |

| Occupation: | Address Line 2: |
|---|---|
| Prod, Sales, Trade, Se | |

| Position/Job Title: | Date of Birth: | Address Line 3: |
|---|---|---|
| Owner | ████ 1973 | |

| Taxpayer Identification Number (TIN): | TIN Type: | City: | | State: |
|---|---|---|---|---|
| ████6584 | SSN | MIAMI | | FL |

| Primary ID Type: | Primary ID Description: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|
| DLIC | ████████ | 33173-2617 | | US |

| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Country of Citizenship: | Permanently Resides in US: |
|---|---|---|---|---|
| FL | 07/12/2013 | 05/14/2021 | US | |

| Secondary ID Type: | Secondary ID Description: |
|---|---|
| OTHR | WF VISA 8300 |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|
| | | 10/30/2023 |



2W02-001268762689-03

Business Account Application

## Certified/Agreed To

Owner/Key Individual 1 Name
DAMIAN CASTILLA

Position/Title:

Owner/Key Individual 1 Signature

DAMIAN CASTILLA *[signature]*

☐ Submit manually
☐ Signature not required

Date:
09/30/2020

## Authorized Signers - Signature Capture

Authorized Signer 1 Name
DAMIAN CASTILLA

Position/Title:

Authorized Signer 1 Signature

DAMIAN CASTILLA *[signature]*

☐ Submit manually
☐ Signature not required

Date:
09/30/2020

## Terms and Conditions for the Wells Fargo® Business Platinum Credit Card

**By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"),** if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee **in my individual capacity** (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** The bank may monitor or record calls. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.



2W02-001268762689-04

Page 4 of 5
Wells Fargo Confidential

Business Account Application

## Features and Pricing

**(i)** **Annual Fee** $0.

**(ii)** **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

**(iii)** **Grace Period for Repayment of the Balance for Purchase** No less than 25 days.

**(iv)** **Minimum Payment** See the Customer Agreement for details.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| DAMIAN  CASTILLA | $10,000 | Yes |

| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $10,000 |
|---|---|

### Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Cash  Back  Advantage | No | No |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001268762689-05

# Business Account Application



| Bank Name: | Branch Name: |
|---|---|
| WELLS FARGO BANK, N.A. | KENDALL TOWN & COUNTRY |

| Banker Name: | Officer/Portfolio Number: | Date: |
|---|---|---|
| RODRIGUEZ,MATTHEW SCOTT | C7239 | 09/20/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/595-7556 | 10846 | 0066549 | Z6364-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☐ New Deposit Account(s) Only          ☒ New Deposit Account(s) and Business Credit Card

| Account 1 Product Name: | Purpose of Account 1 : |
|---|---|
| Wells Fargo Simple Business Checking | General Operating Account |

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 287 | DDA | ▆▆▆4690 | $100.00 | CACK |

| New Account Kit: | | Checking/Savings Bonus Offer Available: | Bonus Offer Code: |
|---|---|---|---|
| BD-000946528 | | YES | 2HJTRM |

## Related Customer Information

Customer 1 Name:
FIVE TRADERS LLC

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 107709432009514 | Sole Owner |

Customer 2 Name:
DAMIAN CASTILLA

| Enterprise Customer Number (ECN): | Account Relationship: |
|---|---|
| 727107006435616 | Signer |

## Checking/Savings Statement Mailing Information

| Name(s) and Information Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| FIVE TRADERS LLC | 1712 PIONEER AVE STE 500 | |
| | Address Line 2: | |
| | City: | State: |
| | CHEYENNE | WY |
| | ZIP/Postal Code: | Country: |
| | 82001-4406 | US |



2W02-001279962732-01

Business Account Application

## Customer 1 Information

Customer Name:
FIVE TRADERS LLC

| Enterprise Customer Number (ECN): | | | Street Address: | | |
|---|---|---|---|---|---|
| 107709432009514 | | | 1712 PIONEER AVE STE 500 | | |

| Account Relationship: | | | Address Line 2: | | |
|---|---|---|---|---|---|
| Sole Owner | | | | | |

| Taxpayer Identification Number (TIN): | TIN Type: | | Address Line 3: | | |
|---|---|---|---|---|---|
| ████4008 | EIN | | | | |

| Business Type: | | | City: | | State: |
|---|---|---|---|---|---|
| Limited Liability Company | | | CHEYENNE | | WY |

| Business Sub-Type/Tax Classification: | | Non-Profit: | ZIP/Postal Code: | | Country: |
|---|---|---|---|---|---|
| S Corporation | | No | 82001-4406 | | US |

| Date Originally Established: | Current Ownership Since: | Number of Employees: | Business Phone: | Fax: |
|---|---|---|---|---|
| 04/26/2019 | | 2 | 305/335-5492 | |

| Annual Gross Sales: | Year Sales Reported: | Fiscal Year End: | Cellular Phone: | Pager: |
|---|---|---|---|---|
| $125,000.00 | 04/26/2019 | | | |

| Primary Financial Institution: | Number of Locations: | e-Mail Address: |
|---|---|---|
| | 2 | |

| Primary State 1: | Primary State 2: | Primary State 3: | Website: |
|---|---|---|---|
| | | | |

| Primary Country 1: | Primary Country 2: | Primary Country 3: | Sales Market: |
|---|---|---|---|
| | | | LOCAL |

Industry:
Finance and Insurance

Description of Business:
Investment trader

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Articles of Organization | FP/FD |

BACC Reference Number:
192630001635

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| 2019-000853261 | US | WY | 04/26/2019 | |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | WY | | NO RECORD |



2W02-001279962732-02

Business Account Application

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name:<br>DAMIAN CASTILLA | Residence Address:<br>11262 SW 73RD TER |
| Business Relationship:<br>Owner with Control of the Entity | Address Line 2: |
| Position/Title: | Date of Birth: | Percent of Ownership: | Address Line 3: |

| Position/Title: | Date of Birth: ▇1973 | Percent of Ownership: 100.0 | Address Line 3: |
|---|---|---|---|

| Enterprise Customer Number (ECN):<br>727107006435616 | City:<br>MIAMI | State:<br>FL |
|---|---|---|

| Taxpayer Identification Number (TIN): ▇6584 | TIN Type:<br>SSN | ZIP/Postal Code:<br>33173-2617 | Country:<br>US |
|---|---|---|---|

| Primary ID Type:<br>DLIC | Primary ID Description: | Country of Citizenship:<br>US | Permanently Resides in US: |
|---|---|---|---|

| Primary ID St/Ctry/Prov:<br>FL | Primary ID Issue Date:<br>07/12/2013 | Primary ID Expiration Date:<br>05/14/2021 | Check Reporting:<br>NO RECORD |
|---|---|---|---|

| Secondary ID Type:<br>OTHR | Secondary ID Description: |
|---|---|

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: |
|---|---|---|

## Certified/Agreed To

| Owner/Key Individual 1 Name<br>DAMIAN CASTILLA | Position/Title: |
|---|---|

Owner/Key Individual 1 Signature

DAMIAN CASTILLA *(signature)*

☐ Submit manually
☐ Signature not required

Date:
09/20/2019

Business Account Application

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

☐ I am subject to backup withholding   ☐ I am exempt from backup withholding

3. I am a U.S. citizen or other U.S. person.

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note:  The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

FIVE TRADERS LLC

Taxpayer Identification Number (TIN):

████4008

TIN Certification Signature:

DAMIAN CASTILLA

☐ Submit manually
☐ Signature not required

Date:
09/20/2019

## Authorized Signers - Signature Capture

Authorized Signer 1 Name

DAMIAN CASTILLA

Position/Title:

Authorized Signer 1 Signature

DAMIAN CASTILLA

☐ Submit manually
☐ Signature not required

Date:
09/20/2019



2W02-001279962732-04

**Terms and Conditions for the Wells Fargo® Business Platinum Credit Card**

By signing in the "Certified/Agreed To" or "Authorized Signers - Signature Capture" sections of this Application ("Application"), if I am an owner of the business, I accept on behalf of the Customer named above ("Applicant") all terms and conditions, including the additional terms of acceptance appearing below, and the terms and conditions of the Customer Agreement that will be sent to the Applicant. By signing this form, I also accept **in my individual capacity** the terms of guaranty appearing below. I agree that a facsimile of my signature, in any capacity, may be used to evidence my acceptance of these agreements. Any new business credit card application for the same business will supersede the pre-approved business credit card offer. Non-profit entities are not eligible for pre-approved business credit card offers.

I certify that I am authorized to submit this Application on behalf of the Applicant and that all information and documents provided in connection with the Application, including federal and state income tax returns (if any), are true, correct, and complete. I further certify that this credit request is for my business only, and that all proceeds will be used solely for business or commercial purposes. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this Application and to obtain consumer and business reports from and to report credit information to others, including the Internal Revenue Service and state taxing authorities, about me and my business. I agree to notify Bank promptly of any material change in such information. I acknowledge that (i) this Application is subject to final approval of the Applicant and its owners, and that (ii) additional information may be required in order for the Bank to make the final credit decision. I agree to pay Bank's costs and attorney's fees in enforcing the Customer Agreement. I further agree that use of any feature of the Business Platinum Credit Card account may be used as evidence of the foregoing authorizations, acceptances, and agreements. If the signer is married and resides in Arizona, the spouse's signature is required. I understand that the offer may be amended or cancelled.

I, along with each owner signing this Application, jointly and severally unconditionally guarantee **in my individual capacity** (even though I may place a title or other designation next to my signature), and promise to pay to Bank all indebtedness of the Applicant at any time arising under or relating to this Application and/or the Customer Agreement, as well as any extensions, increases, or renewals of that indebtedness. As guarantor, I waive (a) presentment, demand, protest, and notice of non-payment; (b) any defense arising by reason of any defense of the Applicant or other guarantor; and (c) the right to require Bank to proceed against Applicant or any other guarantor, to pursue any remedy in connection with the guaranteed indebtedness, or to notify guarantor of any additional indebtedness incurred by the Applicant, or of any changes in the Applicant's financial condition. I also authorize Bank, without notice or prior consent, to (x) extend, modify, compromise, accelerate, renew, increase, or otherwise change the terms of the guaranteed indebtedness, (y) proceed against one or more guarantors without proceeding against the Applicant or another guarantor; and (z) release or substitute any Applicant, co-Applicant and/or guarantor. I agree (i) I will pay Bank's costs and attorneys' fees in enforcing this guaranty; (ii) this guaranty is made in South Dakota and will be governed by South Dakota law; (iii) this guaranty shall benefit the Bank and its successors and assigns; and (iv) an electronic facsimile of my signature, in any capacity, may be used as evidence of my agreement to the terms of the guaranty.

**Telephone Monitoring And Contacting You:** The bank may monitor or record calls. You agree, in order for Bank to service the Account or to collect any amounts you may owe, that we may from time to time make calls and send text messages to you, using prerecorded/artificial voice messages and/or through the use of an automatic dialing device, at any telephone number associated with your account, including mobile telephone numbers that could result in charges to you. You also expressly consent to Bank sending email messages regarding your Account to your email address.

## Features and Pricing

(i)   **Annual Fee** $0.

(ii)  **Annual Percentage Rate** is variable based on Wells Fargo's Prime Rate plus a spread. APR may differ for Purchases and Cash transactions.

(iii) **Grace Period for Repayment of the Balance for Purchase** No less than 25 days.

(iv)  **Minimum Payment** See the Customer Agreement for details.

## Business Platinum Credit Card Account Details

| Individual Cardholder Name (First, Last): | Individual Credit Line Limit: | Business Owner: |
|---|---|---|
| DAMIAN CASTILLA | $10,000 | Yes |

| Total Credit Line Limit (Can be less than or equal to amount approved for business): | $10,000 |
|---|---|

### Features enrolled in:

| Wells Fargo Business Card Rewards® | Automatic Payment | Overdraft Protection |
|---|---|---|
| Cash Back Advantage | No | Yes |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);



2W02-001279962732-05

Business Account Application

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

**D. Each person who is either the Customer (sole proprietor) or an owner of the Customer has read and agreed to the Terms and Conditions for the Wells Fargo® Business Platinum Credit Card appearing below including the  personal guaranty.**

E. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

F. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

G. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

H. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:

(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;

(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or

(3) the signature of the Customer, if the Customer is a sole proprietor.



2W02-001279962732-06

# Consumer Account Application



WELLS FARGO

| Bank Name: | | Branch Name: | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | | KENDALL TOWN & COUNTRY | |

| Banker Name: | | Officer/Portfolio Number: | Date: |
|---|---|---|---|
| RODRIGUEZ,MATTHEW SCOTT | | C7239 | 09/16/2019 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 305/595-7556 | 10846 | 0066549 | Z6364-010 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Everyday Checking | ▮▮▮▮4666 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Personal/Household income | | 287 |

| Product Name: | Account Number: | Product: |
|---|---|---|
| Wells Fargo Way2Save Savings | ▮▮▮▮0881 | DDA |

| Purpose of Account: | Minor: | COID: |
|---|---|---|
| Savings | | 287 |

| New Account Kit: | Checking/Savings Bonus Offer Available: |
|---|---|
| CD-002081583 | No |

## Related Customers

| Customer Name: | Account Relationship: |
|---|---|
| DAMIAN CASTILLA | Sole Owner |

## Statement Mailing Information

| Customer(s) Listed on Statement: | Statement Mailing Address: | |
|---|---|---|
| DAMIAN CASTILLA | 11262 SW 73RD TER | |
| | Address Line 2: | |
| | | |
| | City: | State: |
| | MIAMI | FL |
| | ZIP/Postal Code: | Country: |
| | 33173-2617 | US |



2W02-001276734928-01

Consumer Account Application

## Customer 1 Information

| | |
|---|---|
| Customer Name:<br>DAMIAN CASTILLA | Street Address:<br>11262 SW 73RD TER |
| Customer Number (ECN):<br>727107006435616 | Address Line 2: |
| Account Relationship:<br>Sole Owner | Address Line 3: |

| Taxpayer Identification Number (TIN): | TIN Type: | Date of Birth: | City:<br>MIAMI | | State:<br>FL |
|---|---|---|---|---|---|
| ████5584 | SSN | ███.973 | | | |

| Primary ID Type:<br>DLIC | Primary ID Description:<br>████████ | | ZIP/Postal Code:<br>33173-2617 | Country:<br>US | Time at this address:<br>Year(s)  Month(s) |
|---|---|---|---|---|---|
| Primary ID St/Ctry/Prov:<br>FL | Primary ID Issue Date:<br>07/12/2013 | Primary ID Expiration Date:<br>05/14/2021 | Directional Address:<br>(Document when no physical residence, business or alternate street address.) | | |
| Secondary ID Type:<br>OTHR OTHR | Secondary ID Description:<br>█████████ | | | | |
| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | Previous Street Address: | | |

| Home Phone: | Business Phone:<br>305/335-5492 | City: | | State: |
|---|---|---|---|---|
| Current Employer:<br>Five Traders | | ZIP/Postal Code: | Country: | Time at this address:<br>Year(s)  Month(s) |
| Check Reporting:<br>NO RECORD | | Country of Citizenship:<br>US | | |
| Customer Status:<br>Customer present | | | | |

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends).

3. I am a U.S. citizen or other U.S. person.     ☐ I am subject to backup withholding     ☐ I am exempt from backup withholding

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

| Tax Responsible Customer Name:<br>DAMIAN CASTILLA | Taxpayer Identification Number (TIN):<br>████6584 |
|---|---|

TIN Certification Signature

| DAMIAN CASTILLA  *[signature]* | ☐ Submit manually<br>☐ Signature not required | Date:<br>09/16/2019 |
|---|---|---|

## Customer Signatures

Everything I have stated in this application is correct. You are authorized to make any inquiries that you consider appropriate to determine if you should open or maintain the account. This may include ordering a credit report or other report (i.e. information from any motor vehicle department or other state agency) on me. **I have received a copy of the applicable account agreement and the privacy policy (each may be amended from time to time) and agree to be bound by their terms.** I also agree to the terms of the dispute resolution program described in the foregoing agreements. **Under the dispute resolution program, our disputes will be decided before one or more neutral persons in an arbitration proceeding and not by a jury trial or a trial before a judge.**



2W02-001276734928-02

DSG8921 (5-19 SVP )

Wells Fargo Confidential

Consumer Account Application

Customer 1 Name

DAMIAN CASTILLA

Customer 1 Signature

DAMIAN CASTILLA

☐ Submit manually
☐ Signature not required

Date:
09/16/2019



# EXHIBIT D

# Dorman Trading LLC

**For Internal Use Only - To Be Completed By Broker**

Name of Broker or Account Executive: <u>Rich Reilley</u>

Introducing Broker (if applicable): <u>NinjaTrader Brokerage</u>

| | |
|---|---|
| Sales Code: | <u>399</u>          Account Number: <u>J3071</u> |
| Account Name: | <u>DCAST Capital Investments, LLC</u> |
| Address: | <u>11262 SW 73 Terrace</u> |
| | <u>Miami, Florida 33173</u> |
| | <u>United States</u> |

Email Address:     <u>dcastcapital@att.net</u>

Customer's Occupation (Please specify in English)  ___
**Commissions and Fees**
(Please enter all round-turn rates)

| | Day | Overnight | Spread | Options |
|---|---|---|---|---|
| 1. All Exchanges | <u>1.90 US +fees</u> | _____ | _____ | _____ |
| 2. Chicago Exchanges | __ | _____ | _____ | _____ |
| 3. NY Exchanges | __ | _____ | _____ | _____ |
| 4. Eurex | <u>1.90 EU +fees</u> | _____ | _____ | _____ |
| 5. Other | __ | _____ | _____ | _____ |

Futures Comm to be charged (Check one) _X___Half In / Half Out   ____Round Turn
Option Comm to be charged (Check One) ____Half In / Half Out   __X__Round Turn

**Fees:** (Check here to indicate fees to be charged)

____Other _____
__X__NFA, Clearing, Exchange & Brokerage

Do you anticipate original requirements in
excess of US $100,000 ___Yes ___No

**Margins:**     _X___Spec     ____Hedge

Signature of Account Executive: _____

Account Approval:_____
(Signature of IB or FIB Principal)

**NO TRADING PERMITTED UNTIL THE ACCT IS APPROVED BY DORMAN TRADING LLC**

Dorman Trading



Application Type : LLC
Application Status: Complete

Date Created: 2/13/2015 8 42:18 AM
Date Submitted: 3/3/2015 9:52:17 AM
Date Declined/Approved: No Decision Submitted

**Organization Information**

| Left Navigation | | |
|---|---|---|
| Organization Information | | |
| Personnel Information | **Organization Information** | |
| Financial Legal Information | **Broker Name** | NinjaTrader Brokerage |
| Representations | **Is this your broker?** | ● Yes ○ No |
| Risk Disclosure Statement | **Refered Broker Name** | |
| Supplement to Risk Disclosure Statement | **Company Name** | DCAST Capital Investments, LLC |
| Electronic Trading and Order Routing Systems Disclosure Statement | **Tax ID** | 7524  (US accounts only) |
| Uniform Notification Regarding Access to Market Data | **Country** | United States |
| Notice Regarding Average Price System | **Address 1** | 11262 SW 73 Terrace |
| Direct Foreign Order Transmittal Disclosure Statement | **Address 2** | |
| CME Disclosure Statement for Payment for Order Flow | **City** | Miami |
| Non-Cash Margin Disclosure Statement | **State** | Florida |
| Special Notice to Foreign Brokers and Foreign Traders | **Zip/Postal Code** | 33173 |
| Notice to Introduced Customers | **Phone** | 305-335-5492 |
| Privacy Policy | **Fax** | |
| Conflicts of Interest | **Email** | dcastcapital@att.net |
| USA Patriot Act Notice and Anti Money Laundering Policy Statement | **Website** | None |
| Futures Customer Agreement | ☑ Mailing address is the same | |
| Signed Disclosure Form | **Country** | Select Country |
| Consent To Delivery of Statements by Electronic Media | **Address 1** | |
| | **Address 2** | |
| | **City** | |
| | **State** | Select State |
| | **Zip/Postal Code** | |
| | **Email** | |

| | | |
|---|---|---|
| **Date of Organization** | 12/9/2013 | (Date format: mm/dd/yyyy) |
| **State of Organization** | Florida | (US accounts only) |
| **Nature of Business** | Investment | |
| **Legal Entity Identifier (LEI)** | L13000169836 | |

| | |
|---|---|
| **Registered Agent** | Damian Castilla |

OK
DD
3/5/15

Substitute W-9 Form
Request for Taxpayer
Identification Number and
Certification

Finished

| | |
|---|---|
| **Country** | United States |
| **Address 1** | 11262 SW 73 Terrace |
| Address 2 | |
| **City** | Miami |
| **State** | Florida |
| **Zip/Postal Code** | 33173 |

Personnel Information

**Member/Manager**

| | |
|---|---|
| **First Name** | Damian |
| **Last Name** | Castilla |
| **Title** | MGR |
| **Social Security** | ▮▮▮8584 |

☑ My mailing address is the same as above?

| | |
|---|---|
| **Country** | United States |
| **Address 1** | 11262 SW 73 Terrace |
| Address 2 | |
| **City** | Miami |
| **State** | Florida |
| **Zip/Postal Code** | 33173 |
| **Email** | dcastcapital@att.net |

| | |
|---|---|
| **Number of Members** | 1 |

**Member 1**

| | |
|---|---|
| First Name | |
| Last Name | |
| Social Security | |
| Country | Select Country |
| Address 1 | |
| Address 2 | |
| City | |
| State | Select State |
| Zip/Postal Code | |
| Email | |

**Member 2**

| | |
|---|---|
| First Name | |
| Last Name | |

| | |
|---|---|
| **Country** | United States |
| **Address 1** | 11262 SW 73 Terrace |
| Address 2 | |
| **City** | Miami |
| **State** | Florida |
| **Zip/Postal Code** | 33173 |
| **Mobile** | 305-335-5492 |
| **Email** | dcastcapital@att.net |

Is the person authorized to trade, an officer of the company?

● Yes ○ No

**Financial/Legal Information**

**Net Income (in US Dollars)**

○ $25,000 or less    ○ $25,001 – 100,000

● $100,001 – 500,000    ○ More than $500,000

**Net Assets (in US Dollars)**

○ $50,000 or less    ○ $50,001 – 250,000

● $250,000 – 1,000,000    ○ More than $1,000,000

**Amount to be deposited to trading account**

2000

**Bank Information**

| | |
|---|---|
| **Bank Name** | Chase Bank |
| **Account Number** | ████3518 |
| **Country** | United States |
| **Address 1** | 11720 SW 104 ST |
| Address 2 | |
| **City** | Miami |
| **State** | Florida |
| **Zip/Postal Code** | 33186 |

**Accounts with other brokers**

| | |
|---|---|
| **Broker Name** | FXCM |
| Country | United States |
| Address 1 | 55 Water ST 50th Floor |
| Address 2 | |
| City | New York |
| State | New York |
| Zip/Postal Code | 10041 |
| Account balance with other brokers | 27000 |

Will this account be funded by a transfer from another broker?

○ Yes  ● No

Representations

**Do the Members and Managers:**

**Understand the risk of loss in trading futures?**

● Yes  ○ No

**Understand the use of leverage in trading futures?**

● Yes  ○ No

**Understand the possibility of losing more than your account balance?**

● Yes  ○ No

**Understand that you may be required to make additional deposits to maintain the margins required on your positions?**

● Yes  ○ No

**Have any pending or past disputes regarding futures trading?**

○ Yes  ● No

If yes, please explain

**Have any current or previous registrations with the NFA or FINRA?**

○ Yes  ● No

If yes, please describe and include NFA ID #

**Have any relatives employed at Dorman Trading or your Dorman Trading broker?**

○ Yes  ● No

**If yes, please describe**

**Is this a hedge account?**

○ Yes  ● No

**Is this a Commodity Pool?**

○ Yes  ● No

**Commodity pool type**

○ Registered  ○ Exempt

**Does the Company have an offering circular or otherwise solicit participation in the Company?**

○ Yes  ● No

**Are there any other persons or entities with an interest in this account?**

○ Yes  ● No

If yes, please explain

**Will all of the deposits to the Company account come from accounts in the name of the Company?**

● Yes

○ No. There will be deposit/s to the account/s come from an/other than the named account holder/s.

# DORMAN TRADING, L.L.C.

141 W JACKSON BLVD. – CHICAGO, IL.60604

SUITE 2070

312-341-7070

PERSONAL GUARANTEE

In order to induce Dorman Trading, L.L.C. ("Dorman") to enter into the Customer Agreement, to which this guarantee is attached, with DCAST CAPITAL INVESTMENTS LLC referred to therein as Customer, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby, jointly and severely in the case of multiple guarantors, personally guarantee(s) the prompt, full and complete performance of any and all of the duties and obligations of Customer and the payment of any and all damages, costs and expenses which may become recoverable by Dorman from Customer.

This guarantee shall remain in full force and effect until the termination of the Customer Agreement; provided, however, that the undersigned shall not be released from his/their obligations hereunder so long as any claim of Dorman against Customer which claim arises out of or relates to, directly or indirectly, said Customer Agreement, is not settled or discharged in full.

The undersigned hereby expressly waives notice of acceptance hereof, and of non-performance, in any respect, by Customer of any of its duties or obligations, as aforesaid.

This guarantee shall inure to the benefit of Dorman, its successors and assigns, and shall be binding on the undersigned, his/their heirs and assigns.

_____        _____
Witness                                                      , Individually

                                                             , as Guarantor

                                          3/4/15
                                          Date

_____        _____
Witness                                                      , Individually
                                                             , as Guarantor

                                          _____
                                          Date

 **DORMAN** TRADING

# LLC ACCOUNT APPLICATION

## LLC PROPRIETARY LETTER

Dorman Trading, LLC
Suite 2070
141 W. Jackson Blvd
Chicago, IL 60604

Gentleman:

In connection with Dorman Trading LLC ("FCM") establishing futures account for
DCAST CAPITAL INVESTMENTS (the "LLC"), the undersigned
managing member DAMIAN CASTILLA as Managing Member of LLC hereby
(Print name)

Warrant and represent to the following:

1. All funds deposited in the trading account represent proprietary funds of the LLC and do not represent the interest of any other individuals or companies.

2. The LLC does not hold itself out of engaging in the business of investing capital contributions from other participants in the commodity futures markets.

3. The LLC is not required to be registered as a commodity pool with the CFTC.

4. The LLC is in compliance with such laws, rules, and regulations applicable to its business in each jurisdiction which is conducts such business or maintains investment accounts.

5. The LLC is not prohibited from trading in commodities, commodity futures contracts, commodity options contracts, foreign currencies, foreign currency options, and/or any items which are presently, or may in the future become the subject of futures or options contract trading (collectively, "Futures Contracts"). Accordingly, the Company is authorized to establish an account with Dorman Trading LLC to trade Futures Contracts.

The LLC agrees to immediately notify Dorman Trading LLC should any of the foregoing representations change or prove untrue.

The LLC shall indemnify and hold Dorman Trading LLC and its officers, directors, shareholders, employees and affiliates harmless from and against all claims, demands, proceedings, suite and actions and all losses (direct, indirect, or otherwise), liabilities, costs and expenses (including, without limitation, attorneys' fees and disbursements), paid in settlement, incurred or suffered by Dorman Trading LLC in connection with the representations made by the LLC herein. This indemnity shall survive the termination of the account(s) of the LLC with Dorman Trading LLC.

Very Truly Yours,

Company: DCAST CAPITAL INVESTMENTS, LLC

By: DAMIAN CASTILLA MGR
(Print name and Title)

Signed: _____

# Limited Liability Company Authorization

The undersigned hereby certify that we are [members/managers] of _DCAST CAPITAL INVESTMENTS_ _MANAGER_ , a limited liability company formed under the laws of the State of _FLORIDA_ (the "Company"), that each of us is of full legal age or is validly existing under the laws of the jurisdiction of our formation, and that the Company is authorized to trade in futures contracts, options on futures contracts, spot and forward contracts, and foreign exchange contracts.

The undersigned further certify that any one of us is authorized to open an account(s) with Dorman Trading L.L.C. ("Dorman") for the purchase or sale of commodity interests for and in the name of the Company, and to execute a Futures Customer Agreement in the name of and on behalf of the Company with Dorman in order to open such account(s), and that any one of the following members, acting alone, is authorized to act for the Company and its members in every respect concerning said account(s) and to do all things necessary or incidental to the conduct and trading of said account(s):

1.   Name                       _DAMIAN CASTILLO_
     Title                      _MANAGER_
     Business Tel.          (    )
     Cell Tel.                 _(305) 335 5492_
     Address                 _1163 SW 73 TER_
                                  _MIAMI FL 33173_
     Social Security Number   ██████ _6584_
     Date of Birth                ██████ _73_

2.   Name
     Title
     Business Tel.          (    )
     Cell Tel.                 (    )
     Address

     Social Security Number
     Date of Birth

In consideration of Dorman's maintaining the account(s) of the Company and agreeing to act as broker for the account(s) of the Company, the undersigned agree that:

(1)  If there is any change in this authorization or if any of the [members/managers] withdraws from the Company, is dissolved, files or has filed against a petition for the appointment of a receiver, bankruptcy trustee or similar official, die or are judicially declared incompetent, one of the undersigned will notify Dorman in writing immediately.  Until Dorman has actually received such written notice, Dorman shall be entitled to act in reliance on this authorization.  The Company will indemnify Dorman and hold it harmless from and against any loss suffered or liability incurred in continuing to act in reliance on this authorization prior to its actual receipt of such written notice.

(2)  Upon notice of the withdrawal, dissolution, insolvency, death or judicially declared incompetence of any of the [members/managers], Dorman is authorized in regard to the account(s) of the Company to take such actions as are described in the Futures Customer Agreement executed in the name of the Company for the purpose of terminating said account(s) and satisfying any obligation the Company may have to it.  Dorman may take such actions as though each of the [members/managers] remained a [member/manager], was alive and was competent, without prior notice to any [member's/manager's] heirs, executors, administrators, legatees, personal representatives, or assigns.

(3) This Authorization shall be considered a part of the Futures Customer Agreement with Dorman executed in the name of the Company and shall cover, individually and collectively, all accounts of the Company at any time opened or reopened with Dorman, and shall inure to the benefit of Dorman and its successors and assigns.

Any and all past transactions between the Company and Dorman of the kind provided for by this authorization are hereby ratified and approved.

Dated this _____ 8 ____ day of __OCT_____ , 2018

**[MEMBER/MANAGER]:**                      **[MEMBER/MANAGER]:**

Signature _____          Signature _____

Name *(Please Print)* DAMION CASTILLA      Name *(Please Print)*



# LLC ACCOUNT APPLICATION

## LLC PROPRIETARY LETTER

Dorman Trading, LLC
Suite 2070
141 W. Jackson Blvd
Chicago, IL 60604

Gentleman:

In connection with Dorman Trading LLC ("FCM") establishing futures account for
___DCAST CAPITAL INVESTMENTS_____ (the "LLC"), the undersigned
managing member ___DAMIAN CASTILLA_____ as Managing Member of LLC hereby
          (Print name)

Warrant and represent to the following:

1. All funds deposited in the trading account represent proprietary funds of the LLC and do not represent the interest of any other individuals or companies.

2. The LLC does not hold itself out of engaging in the business of investing capital contributions from other participants in the commodity futures markets.

3. The LLC is not required to be registered as a commodity pool with the CFTC.

4. The LLC is in compliance with such laws, rules, and regulations applicable to its business in each jurisdiction which is conducts such business or maintains investment accounts.

5. The LLC is not prohibited from trading in commodities, commodity futures contracts, commodity options contracts, foreign currencies, foreign currency options, and/or any items which are presently, or may in the future become the subject of futures or options contract trading (collectively, "Futures Contracts:).   Accordingly, the Company is authorized to establish an account with Dorman Trading LLC to trade Futures Contracts.

The LLC agrees to immediately notify Dormant Trading LLC should any of the foregoing representations change or prove untrue.

The LLC shall indemnify and hold Dorman Trading LLC and its officers, directors, shareholders, employees and affiliates harmless from and against all claims, demands, proceedings, suite and actions and all losses (direct, indirect, or otherwise), liabilities, costs and expenses (including, without limitation, attorneys' fees and disbursements), paid in settlement, incurred or suffered by Dorman Trading LLC in connection with the representations made by the LLC herein. This indemnity shall survive the termination of the account(s) of the LLC with Dorman Trading LLC.

Very Truly Yours,

Company: ___DCAST CAPITAL INVESTMENTS_____

By: ___DAMIAN CASTILLA, MANAGER_____
(Print name and Title)

Signed: _____

DORMAN TRADING LLC



# DORMAN TRADING, L.L.C.

141 W JACKSON BLVD. – CHICAGO, IL.60604
SUITE 1900
312-341-7070

## PERSONAL GUARANTEE

In order to induce Dorman Trading, L.L.C. ("Dorman") to enter into the Customer Agreement, to which this guarantee is attached, with _DCAST CAPITAL INVESTMENTS_

(Name of Entity)

referred to therein as Customer, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned hereby, jointly and severely in the case of multiple guarantors, personally guarantee(s) the prompt, full and complete performance of any and all of the duties and obligations of Customer and the payment of any and all damages, costs and expenses which may become recoverable by Dorman from Customer.

This guarantee shall remain in full force and effect until the termination of the Customer Agreement; provided, however, that the undersigned shall not be released from his/their obligations hereunder so long as any claim of Dorman against Customer which claim arises out of or relates to, directly or indirectly, said Customer Agreement, is not settled or discharged in full.

The undersigned hereby expressly waives notice of acceptance hereof, and of non-performance, in any respect, by Customer of any of its duties or obligations, as aforesaid.

This guarantee shall inure to the benefit of Dorman, its successors and assigns, and shall be binding on the undersigned, his/their heirs and assigns.

Witness      _ELEANOR CHAMORRO_                        , Individually
                                    (Print Name)

Customer     _DAMIAN CASTILLA_                          , as Guarantor
                                    (Print Name)


_____          _____
(Witness Signature)                        (Customer Signature)

_10/8/18_                                   _10/8/18_
(Date)                                      (Date)


_____          _____
(Witness Signature)                        (Customer Signature)

_____          _____
(Date)                                      (Date)



## BENEFICIAL OWNERS OF LEGAL ENTITIES

**What is this form?**
To help the government fight financial crime, Federal regulation requires certain financial institutions to obtain, verify, and record information about the beneficial owners of legal entity customers. Legal entities can be abused to disguise involvement in terrorist financing, money laundering, tax evasion, corruption, fraud, and other financial crimes. Requiring the disclosure of key individuals who own or control a legal entity (i.e., the beneficial owners) helps law enforcement investigate and prosecute these crimes.

**Who has to complete this form?**
This form must be completed by individuals associated with a legal entity with any of the following financial institutions: a bank or credit union; (ii) a broker or dealer in securities; (iii) a mutual fund; (iv) a futures commission merchant; or (v) an introducing broker in commodities.

For the purposes of this form, a legal entity includes a corporation, limited liability company, or other entity that is created by a filing of a public document with a Secretary of State or similar office, a general partnership, and any similar business entity formed in the United States or a foreign country. Legal entity does not include sole proprietorships, unincorporated associations, or natural persons opening accounts on their own behalf.

**What information do I have to provide?**
This form requires you to provide your name, address, date of birth and Social Security number (or passport number or other similar information, in the case of foreign persons) if you meet the following criteria for individuals (i.e., the beneficial owners):

> (i) You own, directly or indirectly, 25 percent or more of the equity interests of the legal entity customer (e.g., each natural person that owns 25 percent or more of the shares of a corporation); and

> (ii) You have significant responsibility for managing the legal entity customer (e.g., a Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, or Treasurer).

The number of individuals that satisfy this definition of "beneficial owner" may vary. Under section (i), depending on the factual circumstances, up to four individuals (but as few as zero) may need to be identified. Regardless of the number of individuals identified under section (i), the legal entity applying for a new account must provide the identifying information of one individual under section (ii). It is possible that in some circumstances the same individual might be identified under both sections (e.g., the President of Acme, Inc. who also holds a 30 percent equity interest). Thus, a completed account application for the legal entity will contain this form with identifying information for at least one individual (under section (ii)), and up to five individuals (i.e., one individual under section (ii) and four 25 percent equity holders under section (i)).



Please complete this form as it relates to opening of a new account on behalf of a legal entity (Applying Entity). This form must be received from any individual who: 1) can answer "yes" to the first question below and/or 2) at least one person who can answer "yes" to the second question below. Dorman Trading must receive at least one completed form for each Applying Entity.

If another legal entity owns 25% or more of the Applying Entity, it is considered the "Owner Entity". The Owner Entity must submit at least one Beneficial Owners of Legal Entities form.

☑ Applying Entity          ☐ Owner Entity

| Applying Entity | Owner Entity (if applicable) |
|---|---|
| DCAST CAPITAL INVESTMENTS | |
| Name of Legal Entity | Name of Legal Entity |
| LLC | |
| Legal Type for Entity (e.g. LLC, Corp, etc) | |
| 11262 SW 73 TER MIAMI FL 33173 | |
| Address of Entity | |

**Both** questions below must be answered

Yes____✓_____   No_____
Do you directly or indirectly, through any contract, arrangement, understanding, relationship or otherwise, own 25 percent or more of the equity interests of the legal entity listed above?

Yes____✓_____   No_____
Do you have significant responsibility for managing the legal entity listed above, such as:

  • An executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or

  • Are you an individual who regularly performs similar functions?

If you answered YES to either of the questions above, please provide the following information:

| Name | DAMIAN CASTILLA |
|---|---|
| Date of Birth | ▓▓▓▓ 1973 |
| Address (Residential or Business) | 11262 SW 73 TER |
| Identification: • US Person: Social Security Number • Non-US Person: Passport Number and Country of Issuance | ▓▓▓▓ 6584 |

I, __DAMIAN CASTILLA_____ hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

Signature: _____     Date: _10/8/10_





LOGOUT (../../user/login.aspx?act=logout)

(../Default.aspx)

**APPROVED**

| Application Type : LLC | Date Created: |
| Application Status: Complete | Date Submitted:10/8/2018 3:41:52 PM |
| | Date Declined/Approved: No Decision Submitted |



**Account Creation**  **Application**  **Documentation & Aggreements**  **Finish**

Organization Information

Personnel Information

Financial Legal Information

Representa-tions

Risk Disclosure Statement

Risk Disclosure Statement for Futures and Options

Supplement to Risk Disclosure Statement

Electronic Trading and Order Routing Systems Disclosure Statement

Uniform Notification Regarding Access to Market Data

Notice Regarding Average Price System

Direct Foreign Order Transmittal Disclosure Statement

CME Disclosure Statement for Payment for Order Flow

Non-Cash Margin Disclosure Statement

Special Notice to Foreign Brokers and Foreign Traders

Notice to Introduced Customers

Privacy Policy

Conflicts of Interest

USA Patriot Act No ice and Anti Money Laundering Policy Statement

Futures on Cryptocurrencies Including Bitcoin Disclosure

Futures Customer Agreement

Signed Disclosure Form

## ORGANIZATION INFORMATION

| | |
|---|---|
| **Broker Name** | John Texidor & Bill Borkowsk |
| **Is this your broker?** | ◉ Yes  ○ No |
| **Refered Broker Name** | |
| **Company Name** | DCAST Capital Investments |
| **Tax ID** | ████7524 |
| | (US accounts only) |
| **Country** | United States ▾ |
| **Address 1:** | 11262 SW 73 Ter |
| **Address 2:** | |
| **City:** | Miami |
| **State/Province:** | Florida ▾ |
| **Zip/Postal Code:** | 33173 |
| **Phone Number:** | 3053355492 |
| **Fax** | |
| **Email** | damiancastilla73@gmail.com |
| **Website** | |
| | ☑ **Mailing address is the same** |
| **Country** | Select Country ▾ |
| **Address 1:** | |
| **Address 2:** | |
| **City:** | |

Consent To Delivery of
Statements by Electronic
Media

Substitute W-9 Form
Request for Taxpayer
Identification Number and
Certification

Finished

| | |
|---|---|
| **State/Province:** | Select State ▾ |
| **Zip/Postal Code:** | |
| **Email** | |

| | |
|---|---|
| **Date of Organization** | 12/09/2013 🗓 |
| | (Date format: mm/dd/yyyy) |
| **State of Organization** | Florida |
| | (US accounts only) |
| **Nature of Business** | Investing |
| **Legal Entity Identifier (LEI)** | |

| | |
|---|---|
| **Registered Agent** | Damian Castilla |
| **Country** | United States ▾ |
| **Address 1:** | 11262 SW 73 Ter |
| **Address 2:** | |
| **City:** | Miami |
| **State/Province:** | Florida ▾ |
| **Zip/Postal Code:** | 33173 |

## PERSONNEL INFORMATION

### MEMBER/MANAGER

Please provide your full legal name, as it appears on your government issued
identification document

| | |
|---|---|
| **First Name** | Damian |
| **Last Name** | Castilla |
| **Title:** | Manager |
| **Social Security** | ████6584 |

☑ **My mailing address is the same as above?**

| | |
|---|---|
| **Country** | United States ▾ |
| **Address 1:** | 11262 SW 73 Ter |
| **Address 2:** | |
| **City:** | Miami |

| | |
|---|---|
| **State/Province:** | Florida ▼ |
| **Zip/Postal Code:** | 33173 |
| **Email** | damiancastilla73@gmail.com |

| | |
|---|---|
| **Number of Members** | 1 |

**Member 1**
Please provide your full legal name, as it appears on your government issued identification document

| | |
|---|---|
| **First Name** | First Name |
| **Last Name** | Last Name |
| **Social Security** | ___-__-____ |
| **Country** | Select Country ▼ |
| **Address 1:** | |
| **Address 2:** | |
| **City:** | |
| **State/Province:** | Select State ▼ |
| | |
| **Zip/Postal Code:** | |
| **Email** | |

**Member 2**
Please provide your full legal name, as it appears on your government issued identification document

| | |
|---|---|
| **First Name** | First Name |
| **Last Name** | Last Name |
| **Social Security** | ___-__-____ |
| **Country** | Select Country ▼ |
| **Address 1:** | |
| **Address 2:** | |
| **City:** | |
| **State/Province:** | Select State ▼ |
| | |

| Zip/Postal Code: | |
|---|---|

| Email | |
|---|---|

**Member 3**
Please provide your full legal name, as it appears on your government issued identification document

| First Name | First Name |
|---|---|

| Last Name | Last Name |
|---|---|

| Social Security | ___-__-____ |
|---|---|

| Country | Select Country ▾ |
|---|---|

| Address 1: | |
|---|---|

| Address 2: | |
|---|---|

| City: | |
|---|---|

| State/Province: | Select State ▾ |
|---|---|

| Zip/Postal Code: | |
|---|---|

| Email | |
|---|---|

**Member 4**
Please provide your full legal name, as it appears on your government issued identification document

| First Name | First Name |
|---|---|

| Last Name | Last Name |
|---|---|

| Social Security | ___-__-____ |
|---|---|

| Country | Select Country ▾ |
|---|---|

| Address 1: | |
|---|---|

| Address 2: | |
|---|---|

| City: | |
|---|---|

| State/Province: | Select State ▾ |
|---|---|

| Zip/Postal Code: | |
|---|---|

| Email | |
|---|---|

**PERSON AUTHORIZED TO TRADE**

Please provide your full legal name, as it appears on your government issued
identification document

| | |
|---|---|
| **First Name** | Damian |
| **Last Name** | Castilla |
| **Social Security** | ████6584 |
| **Country** | United States ▾ |
| **Address 1:** | 11262 SW 73 Ter |
| **Address 2:** | |
| **City:** | Miami |
| **State/Province:** | Florida ▾ |
| **Zip/Postal Code:** | 33173 |
| **Cell Phone Number:** | 3053355492 |
| **Email** | damiancastilla73@att.net |
| **Is the person authorized to trade, an officer of the company?** | ◉ Yes ○ No |

## FINANCIAL/LEGAL INFORMATION

| | |
|---|---|
| **Net Income (in US Dollars)** | ○ $25,000 or less<br>○ $25,001 – 100,000<br>◉ $100,001 – 500,000<br>○ More than $500,000 |
| **Actual Income if < $25,000?** | |
| **Net Assets (in US Dollars)** | ○ $50,000 or less<br>○ $50,001 – 250,000<br>◉ $250,000 – 1,000,000<br>○ More than $1,000,000 |
| **Actual Net Assets if <$50,000?** | |
| **Amount to be deposited to trading account** | 20000.00 |

## BANK INFORMATION

| | |
|---|---|
| **Bank Name** | Chase Bank |
| **Name on Bank Account Number** | DCAST Capital Investments<br>(Name on bank account must match the name on the application) |
| **Account Number** | ████3518 |
| **Country** | United States ▾ |

| | |
|---|---|
| **Address 1:** | 11720 SW 104 ST |
| **Address 2:** | |
| **City:** | Miami |
| **State/Province:** | Florida ▼ |
| **Zip/Postal Code:** | 33186 |

## ACCOUNTS WITH OTHER BROKERS

| | |
|---|---|
| **Broker Name** | |
| **Country** | United States ▼ |
| **Address 1:** | |
| **Address 2:** | |
| **City:** | |
| **State/Province:** | Illinois ▼ |
| **Zip/Postal Code:** | |
| **Account balance with other brokers** | 0 |
| **Will this account be funded by a transfer from another broker?** | ○ Yes  ◉ No |

## REPRESENTATIONS

### DO THE MEMBERS AND MANAGERS:

| | |
|---|---|
| **Understand the risk of loss in trading futures?** | ◉ Yes  ○ No |
| **Understand the use of leverage in trading futures?** | ◉ Yes  ○ No |
| **Understand the possibility of losing more than your account balance?** | ◉ Yes  ○ No |
| **Understand that you may be required to make additional deposits to maintain the margins required on your positions?** | ◉ Yes  ○ No |
| **Have any pending or past disputes regarding futures trading?** | ○ Yes  ◉ No |
| **If yes, please explain** | |

| | |
|---|---|
| **Have any current or previous registrations with the NFA or FINRA?** | ○ Yes  ◉ No |
| **If yes, please describe and include NFA ID #** | |
| **Have any relatives employed at Dorman Trading or your Dorman Trading broker?** | ○ Yes  ◉ No |
| **If yes, please describe** | |
| **Is this a hedge account?** | ○ Yes  ◉ No |
| **Is this a Commodity Pool?** | ○ Yes  ◉ No |
| **Commodity pool type** | ○ Registered  ○ Exempt |
| **Does the Company have an offering circular or otherwise solicit participation in the Company?** | ○ Yes  ◉ No |
| **Are there any other persons or entities with an interest in this account?** | ○ Yes  ◉ No |
| **If yes, please explain** | |
| **Will all of the deposits to the Company account come from accounts in the name of the Company?** | ◉ Yes<br>○ No [Dorman will not accept any deposits from any entity other than the named account holder] |

There is a risk of loss in trading futures and options. Futures trading is not appropriate for all investors. Please read our Risk Disclosure (https://www.dormantrading.com/risk-disclosure/) and Privacy Policy (https://www.dormantrading.com/privacy-policy/).



PhillipCapital

NINJATRADER®

| 1 Applicant Type | 2 Entity Information | 3 Contact Information | 4 Account Usage | 5 Customer Agreement | 6 Disclosure Documents | 7 Tax & Bank Information |

Logout  damiancastilla73@gmail.com

## Summary

Below is a summary of your application. Please review all information and uploaded documents to verify their accuracy. If you notice any errors please click on "Back" or the applicable navigation box above to return to a page.

| | |
|---|---|
| Account Introduced By | NinjaTrader Brokerage |
| Account Type | Corporate, Partnership or LLC |
| Entity Name | Five Traders LLC |
| Entity Type | Limited Liability Company (LLC) |
| Principal Business or Industry | Investment |
| Company Address | 1712 Pioneer Ave Suite 500 Cheyenne, WY 82001 United States |
| Location | Principal Place of Business |
| Mailing Address | 11262 SW 73RD TER MIAMI, FL 33173 United States |
| Telephone | 3053355492 |
| Fax | |
| State / Province of Formation | Florida |
| Date of Formation | 04/26/2019 |
| Federal Tax ID Number | ████4008 |
| Private or Public | Private |

### Investment Experience

| | |
|---|---|
| Futures | 12 years |
| Securities | 12 years |
| Options | 8 years |

### Financial Information

| | |
|---|---|
| Annual Income | $287,000 |
| Net Worth | $874,000 |

### Ownership Information

| | |
|---|---|
| Ultimate Parent | Damian Castilla |
| Percent Ownership | Damian Castilla - 100% |

| | |
|---|---|
| **Account Introduced By** | NinjaTrader Brokerage |
| **Account Type** | Corporate, Partnership or LLC |

## Contact # 1

| | |
|---|---|
| **Name** | Damian Castilla |
| **Residence** | 11262 SW 73RD TER<br>Miami, Florida 33173 United States |
| **Primary Email Address** | |
| **Telephone (Primary)** | 3053355492 |
| **Date of Birth** | ▮▮ 1973 |
| **Gender** | Male |
| **Marital Status** | Married |
| **Number of Dependents** | 3 |
| **Social Security or Tax ID#** | ▮▮6584 |
| **Applicant's Nationality** | |
| **US Driver's License** | Florida - #▮▮▮▮▮ |
| **File Upload(s)** | Driver License.pdf *0.1Mb* |

## Account Usage

**Is the account to be used for hedging or speculation purposes?**

Speculative

**Will anyone other than the applicant be trading the account?**

No

**Is the account being transferred from another broker?**

No

**Does any other person or entity have financial interest of 10% or greater in this account?**

No

**Does the account controller(s) (if an entity, its officers, directors, or principal shareholders) have an existing trading account at Phillip Capital?**

No

**Is the applicant or any of its officers, directors, or principal shareholders registered, or pending registration, with the National Futures Association (NFA) or Financial Industry Regulatory Authority (FINRA)?**

No

**Is the applicant, or any of its officers, directors, or principal shareholders, a "politically exposed person" (PEP)? A PEP is a term describing someone who has been entrusted with a prominent public function, or a relative or known associate of that person.**

No

**Has the applicant entity or any of its officers, directors, or principal shareholders ever been involved in a litigation or arbitration with a Broker-Dealer, Futures Commission Merchant, or Introducing Broker?**

No

**Has the applicant entity or any of its officers, directors, or principal shareholders ever been the subject of an investigation or proceeding by any futures or securities regulatory or self-regulatory body?**

No

**Do federal or state laws or regulations or corporate policy restrict the type of trading or future contracts that may be traded by the entity?**

No

**Does the entity or any of its officers, directors, or principal shareholders have a financial interest of 10% or more, or control the trading, in any other trading account at Phillip Capital?**

No

**Are any of the entity's officers, directors, or principal shareholders (or their relatives) associated with or employed by Phillip Capital or any of its affiliates?**

No

**Is the entity a commodity pool, a fund, or any other type of intermediary ("Intermediary") that accepts funds from investors or clients?**

No

## Customer Agreement

☑ **Customer Agreement**

|  | Signed | Damian Castilla | 07/23/2020 |
|---|---|---|---|

## Disclosure Documents

☑ **FIA Combined Disclosure Statement**

☑ **Cross Trade Consent**

☑ **Electronic Trading and Order Routing Systems Disclosure Statement**

☑ **Disclosure of Futures Commission Merchant Material Conflicts of Interest**

☑ **Direct Order Transmittal Client Disclosure Statement**

☑ **Foreign Trader Disclosure Statement**

☑ **Notice To Customers  Exchange for Related Positions**

☑ **CFTC Customer Advisory  Understand the Risks of Virtual Currency Trading**

☑ **NFA Investor Advisory - Futures on Virtual Currencies Including Bitcoin**

☑ **NFA Disclosure Language For Underlying or Spot Virtual Currencies**

☑ **Disclosure on Payment for Order Flow**

☑ **Uniform Notification Regarding Access to Market Data**

☑ **Electronic Trading System Agreement**

☑ **Notice Concerning Your Privacy & Online Services**

☐ **Arbitration Agreement**

☑ **Risk Disclosure Statement for Security Futures Contracts**

☑ **Disclosure Documents**

☑ **Position Limit and Large Open Position Reporting Requirements for Options and Futures Traded on the Hong Kong Exchanges**

☑ **Disclosures Required to be Provided to Disclosed Singapore Market Participants**

☐ **Electronic Statement Risk Disclosure (Optional)**

| | Signed | Limited Liability Company Managing Member | Damian Castilla | 07/23/2020 |
|---|---|---|---|---|

## Exhibit A to Schedule 4 Non Professional Self-Certification Form

| | Signed | Damian Castilla | 07/23/2020 |
|---|---|---|---|

## Tax Information

**Is the applicant a U.S. customer or is the applicant a non-U.S. customer that is subject to U.S. taxes?**
Yes

| | |
|---|---|
| Form | Form W-9 |
| Federal Employer ID Number | ████4008 |
| Legal Name | Damian Castilla |
| Signed | Damian Castilla |
| Date | 07/23/2020 |

**BACK**   **SUBMIT APPLICATION**

# EXHIBIT E

# CASE INFORMATION

| | |
|---|---|
| **Court Case No.:** F20004700 | **State Case No.:** 132020CF0047000001XX |
| **Name:** CASTILLA, DAMIAN | **Date of Birth:** ▮▮▮▮ 1973 |
| **Date Filed:** 03/20/2020 | **Date Closed:**    **Warrant Type:** |
| **Assessment Amount:** $0.00 | **Balance Due:** $0.00    **Stay Due Date:** |
| **Previous Case:** | **Next Case:** |
| **Judge:** FERNANDEZ-KARAVETSOS, MARLENE | **Defense Attorney:** VIERA, JORGE |
| **Bfile Section:** F002 | **File Location:** FILE ROOM    **Box Number:** |

# HEARING

| | | |
|---|---|---|
| **Hearing Date:** 05/06/2021 | **Hearing Time:** 09:05 | **Hearing Type:** R |
| **Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 6-3 | | |
| **Address:** 1351 N.W. 12 ST | | |

# CHARGES

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | GRAND THEFT 1ST DEG | FELONY | |
| 2 | ORGANIZED FRAUD/50K+ | FELONY | |

# DOCKETS

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 52 | 02/18/2021 | | TRIAL HEARING SCHEDULED FOR 05/17/2021 AT 09:00 TRIAL HEARING RESET |
| 51 | 02/18/2021 | | MOTION FOR CONTINUANCE FILED 02/18/2021 ORAL SET FOR 02/18/2021 AT 11:10 GRANTED STIP |
| 50 | 02/18/2021 | | REPORT RE: FELONY SOUNDING SET FOR 05/06/2021 AT 09:05 |
| 48 | 02/03/2021 | | TRIAL UNIT ASSIGNED: ECONOMIC CRIMES |
| 47 | 02/03/2021 | | TRIAL PROS. ASSIGNED: GASS, JARED |
| 46 | 02/01/2021 | | E-SUBPOENA: MILLER, RENEE ID: 030-08057 FOR: TRIAL ON 03/01/2021 AT 09:00 ISSUED BY: CJIS SENT: 02/01/2021 RECD/NOTFD: 02/01/2021 ACKN: 02/01/2021 S SENT: RECD/NOTFD: 02/01/2021 ACKN: 02/01/2021 S |
| 45 | 02/01/2021 | | E-SUBPOENA: BARAZAL JR, ADRIAN ID: 030-04555 FOR: TRIAL ON 03/01/2021 AT 09:00 ISSUED BY: CJIS SENT: 02/01/2021 RECD/NOTFD: 02/01/2021 ACKN: 02/01/2021 S SENT: RECD/NOTFD: 02/01/2021 ACKN: 02/01/2021 S |
| 43 | 12/16/2020 | | TRIAL PROS. ASSIGNED: SAINT-JEAN, EMMANUELA |
| 42 | 12/03/2020 | | TRIAL HEARING SCHEDULED FOR 03/01/2021 AT 09:00 TRIAL HEARING RESET |
| 41 | 12/03/2020 | | MOTION FOR CONTINUANCE FILED 12/03/2020 ORAL SET FOR 12/03/2020 AT 11:18 GRANTED STIP |
| 40 | 12/03/2020 | | REPORT RE: FELONY SOUNDING SET FOR 02/18/2021 AT 09:05 |
| 38 | 11/25/2020 | | REPORT RE: FELONY SOUNDING SET FOR 12/03/2020 AT 09:05 |
| 36 | 11/16/2020 | | E-SUBPOENA: MILLER, RENEE ID: 030-08057 FOR: TRIAL ON 12/14/2020 AT 09:00 ISSUED BY: CJIS SENT: 11/16/2020 RECD/NOTFD: 11/16/2020 ACKN: 11/16/2020 S SENT: RECD/NOTFD: 11/16/2020 ACKN: 11/16/2020 S |
| 35 | 11/16/2020 | | E-SUBPOENA: BARAZAL JR, ADRIAN ID: 030-04555 FOR: TRIAL ON 12/14/2020 AT 09:00 ISSUED BY: CJIS SENT: 11/16/2020 RECD/NOTFD: 11/16/2020 ACKN: 11/16/2020 S SENT: RECD/NOTFD: 11/16/2020 ACKN: 11/16/2020 S |
| 33 | 10/13/2020 | | TRIAL HEARING SCHEDULED FOR 12/14/2020 AT 09:00 |
| 32 | 10/13/2020 | | REPORT RE: FELONY SOUNDING SET FOR 11/25/2020 AT 09:00 |
| 30 | 08/14/2020 | | REPORT RE: PLEA SET FOR 10/13/2020 AT 09:00 |
| 28 | 07/13/2020 | | TRIAL PROS. ASSIGNED: MAJOR, KEVIN MICHAEL A |
| 27 | 07/06/2020 | | TRIAL PROS. ASSIGNED: HUGHES, CASEY |
| 26 | 06/08/2020 | | DISCOVERY |
| 25 | 06/08/2020 | | AMENDED DISCOVERY EXHIBIT |
| 21 | 05/22/2020 | | REPORT RE: TRIAL DATE SET FOR 08/14/2020 AT 09:00 |
| 24 | 05/07/2020 | | TRIAL UNIT ASSIGNED: FELONY DIVISION 02 |
| 23 | 05/07/2020 | | TRIAL PROS. ASSIGNED: ROCHER COLON, ILEANEXIS |
| 20 | 05/06/2020 | | INFORMATION FILED |
| 18 | 04/27/2020 | | ARRAIGNMENT HEARING SCHEDULED FOR 05/07/2020 AT 09:00 |
| 16 | 04/17/2020 | | ARRAIGNMENT HEARING SCHEDULED FOR 04/27/2020 AT 09:00 |
| 15 | 04/07/2020 | | INTAKE PROS. ASSIGNED: CHIMERA, JAMES |
| 12 | 03/26/2020 | | DEMAND FOR DISCOVERY |
| 11 | 03/26/2020 | | DEMAND FOR TRIAL BY JURY |
| 10 | 03/26/2020 | | WRITTEN PLEA OF NOT GUILTY |
| | 03/26/2020 | | NOTICE OF APPEARANCE JORGE L VIERA, P.A. |

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| | 03/20/2020 | | NOTICE OF APPEARANCE JONES, VICKIE, P.A. |
| 7 | 03/20/2020 | | BOND RECEIVED AS15551212 |
| | 03/20/2020 | | BOND RECEIVED AS15551213 |
| 5 | 03/19/2020 | | INTAKE UNIT ASSIGNED: SPEC. PROS. INTAKE |
| 4 | 03/19/2020 | | INTAKE UNIT ASSIGNED: FSU - CASE SCREENING |
| 3 | 03/19/2020 | | ARRAIGNMENT HEARING SCHEDULED FOR 04/17/2020 AT 09:00 |
| 1 | 03/19/2020 | | AUS AMT/ 10000 ISSUED 03/19/2020 POWER/AS15551212 |
| 6 | 03/18/2020 | | AUS AMT/ 10000 ISSUED 03/18/2020 POWER/AS15551213 |

# EXHIBIT F

ACCOUNT NUMBER: ▊▊▊▊ 3071

STATEMENT DATE: NOV 02, 2020

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING.COM
TEL:800-552-7007 FAX:312-341-7898

INTRODUCED BY
NINJATRADER BROKERAGE

DCAST CAPITAL INVESTMENTS LLC
11262 SW 73 TERRACE E/S
MIAMI FL 33173

DAILY STATEMENT

* * * * * * * * * C O N F I R M A T I O N * * * * * * * * * *

THE FOLLOWING TRADES HAVE BEEN MADE THIS DAY FOR YOUR ACCOUNT AND RISK.

| TRADE | SETTL | AT | BUY | SELL | CONTRACT DESCRIPTION | EX | PRICE | CC | DEBIT/CREDIT |
|-------|-------|-----|-----|------|----------------------|-----|---------|-----|--------------|
| 11/03/0 | M270 | F1 | 30 | | DEC 20 CBOT MINI DOW APS TRADE | 01 | 266.5100 | US | |
| 11/03/0 | M270 | F1 | | 30 | DEC 20 CBOT MINI DOW APS TRADE | 01 | 266.7100 | US | |
| | | F1 | 30* | 30* | | | COMMISSION | US | 31.80DR |
| | | F1 | | | AVG LONG: | 266.510 | CLEARING FEES | US | 3.60DR |
| | | F1 | | | AVG SHORT: | 266.710 | EXCHANGE FEES | US | 44.00DR |
| | | F1 | | | | | NFA FEES | US | .60DR |

* * * * * * * * * P U R C H A S E & S A L E * * * * * * * * *

| TRADE | SETTL | AT | LONG | SHORT | CONTRACT DESCRIPTION | EX | PRICE | CC | DEBIT/CREDIT |
|-------|-------|-----|------|-------|----------------------|-----|---------|-----|--------------|
| 11/03/0 | M270 | F1 | 30. | | DEC 20 CBOT MINI DOW APS | 01 | 266.5100 | US | |
| 11/03/0 | M270 | F1 | | 30 | DEC 20 CBOT MINI DOW APS | 01 | 266.7100 | US | |
| | | F1 | 30* | 30* | | | GROSS PROFIT OR LOSS | US | 3,000.00 |
| | | F1 | | | | | NET AMOUNT | US | 3,000.00 |

THE FOLLOWING TRADE RELATED ADJUSTMENTS HAVE BEEN MADE FOR YOUR ACCOUNT.

| AT | ADJUSTMENT DESCRIPTION | EX LEGEND | CC | DEBIT/CREDIT |
|-----|------------------------|-----------|-----|--------------|
| -- | | | | |
| F1 | RESIDUAL ON 0020- DEC 20 CBOT M 01 | | US | |
| F1 | | GROSS PROFIT OR LOSS | US | |
| F1 | | NET AMOUNT | US | |
| F1 | RESIDUAL ON 0020- DEC 20 CBOT M 01 | | US | |
| F1 | | GROSS PROFIT OR LOSS | US | |
| | | NET AMOUNT | US | |

```
                         ** US DOLLARS **
BEGINNING BALANCE              57,891.50
COMMISSION                        31.80DR
CLEARING FEES                      3.60DR
EXCHANGE FEES                     44.00DR
NFA FEES                            .60DR
   TOTAL FEES                     48.20DR
GROSS PROFIT OR LOSS            3,000.00
   NET PROFIT/LOSS FROM TRADES  2,920.00
ENDING BALANCE                 60,811.50
TOTAL EQUITY                   60,811.50
ACCOUNT VALUE AT MARKET        60,811.50
EXCESS EQUITY                  60,811.50
```

# EXHIBIT G

# DORMAN TRADING

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING.COM
TEL:800-552-7007   FAX:312-341-7898

ACCOUNT NUMBER: ████5445
STATEMENT DATE: JUL 21, 2020

INTRODUCED BY
BORKOWSKI/TEXIDOR

FIVE TRADERS LLC

11262 SW 73 TER
MIAMI, FL 33173

CDD

DAILY STATEMENT

* * * * * * * * *   C O N F I R M A T I O N   * * * * * * * *
THE FOLLOWING JOURNAL ENTRIES HAVE BEEN POSTED TO YOUR ACCOUNT.

| TRADE | SETTL | AT | LONG | SHORT | JOURNAL DESCRIPTION | EX | TRADE | PRICE | CC | DEBIT/CRED |
|-------|-------|----|----|----|----|----|----|----|----|----|

```
                              ** US DOLLARS **
BEGINNING BALANCE             8,613,201.30
CASH AMOUNTS                           0.00
ENDING BALANCE                8,613,201.30
TOTAL EQUITY                  8,613,201.30
ACCOUNT VALUE AT MARKET       8,613,201.30

EXCESS EQUITY                 8,613,201.30
```

Please report any differences immediately to
Dorman Trading, L.L.C. Customer Service Department at (312) 341-7070.
If not resolved, please contact
Dorman Trading, L.L.C. Compliance Department at (312) 341-7892.
The failure to immediately exercise your right to have discrepancies
corrected before the beginning of the next market session will be
deemed your agreement that this statement is correct and ratified.
141 West Jackson Boulevard, Suite 1900 Chicago, IL 60604
(312) 341-7070   FAX: (312) 341-7898
RETAIN FOR TAX RECORDS SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

# EXHIBIT H

**To:** Daniel Dorman[ddorman@dormantrading.com]; Heather Krakora[hkrakora@dormantrading.com]
**From:** Robert Sheeren[rs@dormantrading.com]
**Sent:** Mon 1/4/2021 12:46:00 PM (UTC-05:00)
**Subject:** Fwd: Statement

image001.jpg
████████████████████████ 00989.pdf
                    00987.pdf

2 Fraudulent Dorman Statements

---------- Forwarded message ----------
From: ██████ ████████@gmail.com>
Date: Mon, Jan 4, 2021 at 11:43 AM
Subject: Fwd: Statement
To: <rs@dormantrading.com>

---------- Forwarded message ----------
From: ██████ ████████@gmail.com>
Date: Mon, Jan 4, 2021 at 12:40 PM
Subject: Fwd: Statement
To: <rs@doormantrading.com>

---------- Forwarded message ----------
From: **Damian Castilla** <damiancastilla73@gmail.com>
Date: Tue, Dec 8, 2020 at 11:45 AM
Subject: Statement
To: ████████ ████████@gmail.com>

Hello and happy holidays. Here is your statement.

--
Best Regards,

Damian Castilla

--

Robert W. Sheeren

Chief Financial Officer

312-341-7892 Office

312-341-7898 Fax

rs@dormantrading.com



```
                                                ACCOUNT NUMBER: ██████ █3071

                                                STATEMENT DATE  DEC 7, 2020

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING COM
TEL:800-552-7007  FAX:312-341-7898


                          INTRODUCED BY
                        BORKOWSKI/TEXIDOR


    DCAST CAPITAL INVESTMENTS LLC

    11262 SW 73 TER
    MIAMI, FL 33173


                   CDD
                          DAILY STATEMENT



*  *  *  *  *  *  *  *  *   C O N F I R M A T I O N   *  *  *  *  *  *  *  *  *  *
THE FOLLOWING JOURNAL ENTRIES HAVE BEEN POSTED TO YOUR ACCOUNT.
  TRADE   SETTL  AT    LONG        SHORT      JOURNAL DESCRIPTION       EX TRADE PRICE CC  DEBIT/CREDIT
 ------- ------- --  --------- ------------- --------------------------- -- ----------- -- ------------


                       ** US DOLLARS **
BEGINNING BALANCE               69,918.50
CASH AMOUNTS                         0.00
ENDING BALANCE                  69,918.50
TOTAL EQUITY                    69,918.50
ACCOUNT VALUE AT MARKET         69,918.50

EXCESS EQUITY                   69,918.50
```

                  Please report any differences immediately to
         Dorman Trading, L.L.C. Customer Service Department at (312) 341-7070.
                        If not resolved, please contact
             Dorman Trading, L.L.C. Compliance Department at (312) 341-7892.
              The failure to immediately e ercise your right to have discrepancies
               corrected before the beginning of the ne t market session will be
               deemed your agreement that this statement is correct and ratified.
               141 West Jackson Boulevard, Suite 1900 Chicago, IL 60604
                          (312) 341-7070   FAX: (312) 341-7898
              RETAIN FOR TAX RECORDS SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE



ACCOUNT NUMBER: ████ █3071

STATEMENT DATE  DEC 7, 2020

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING COM
TEL:800-552-7007  FAX:312-341-7898

INTRODUCED BY
BORKOWSKI/TEXIDOR

DCAST CAPITAL INVESTMENTS LLC

11262 SW 73 TER
MIAMI, FL 33173

CDD
DAILY STATEMENT


*  *  *  *  *  *  *  *  *   C O N F I R M A T I O N   *  *  *  *  *  *  *  *  *  *
THE FOLLOWING JOURNAL ENTRIES HAVE BEEN POSTED TO YOUR ACCOUNT.
  TRADE    SETTL  AT     LONG        SHORT      JOURNAL DESCRIPTION          EX  TRADE PRICE CC   DEBIT/CREDIT
 ------    -----  --   ----------  ----------   -------------------------    --  ----------- --  ------------

                          ** US DOLLARS **
BEGINNING BALANCE                70,079.60
CASH AMOUNTS                          0.00
ENDING BALANCE                   70,079.60
TOTAL EQUITY                     70,079.60
ACCOUNT VALUE AT MARKET          70,079.60

EXCESS EQUITY                    70,079.60


Please report any differences immediately to
Dorman Trading, L.L.C. Customer Service Department at (312) 341-7070.
If not resolved, please contact
Dorman Trading, L.L.C. Compliance Department at (312) 341-7892.
The failure to immediately e ercise your right to have discrepancies
corrected before the beginning of the ne t market session will be
deemed your agreement that this statement is correct and ratified.
141 West Jackson Boulevard, Suite 1900 Chicago, IL 60604
(312) 341-7070   FAX: (312) 341-7898
RETAIN FOR TAX RECORDS SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

# EXHIBIT I

**Dorman Trading**

ACCOUNT NUMBER: ██████ █3071

STATEMENT DATE: DEC 31, 2020

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING.COM

INTRODUCED BY
NINJATRADER BROKERAGE

DCAST CAPITAL INVESTMENTS LLC
11262 SW 73 TERRACE          E/S
MIAMI FL 33173

CDD
MONTHLY STATEMENT

```
                        **US DOLLAR REG **
BEGINNING BALANCE                719.67
THIS MONTH'S ACTIVITY               .00
ENDING BALANCE                   719.67

ACCOUNT VALUE AT MARKET          719.67
CONVERTED MARKET VALUE           719.67
TRADE DATE BALANCE               719.67
```

# EXHIBIT J



```
                                          ACCOUNT NUMBER: ███ ███████ ███3071

                                          STATEMENT DATE: AUG 7, 2020

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING.COM
TEL:800-552-7007   FAX:312-341-7898


                               INTRODUCED BY
                            BORKOWSKI/TEXIDOR


   DCAST CAPITAL INVESTMENTS LLC

   11262 SW 73 TER
   MIAMI, FL 33173


               CDD
                          DAILY STATEMENT




*  *  *  *  *  *  *  *  *   C O N F I R M A T I O N   *  *  *  *  *  *  *  *  *  *
THE FOLLOWING JOURNAL ENTRIES HAVE BEEN POSTED TO YOUR ACCOUNT.
  TRADE   SETTL  AT    LONG          SHORT     JOURNAL DESCRIPTION        EX TRADE PRICE CC   DEBIT/CREDIT
---------- ---------- --- -------------------- -------------------- --------------------------------- --- ---------------- --- ----------------------------


                     ** US DOLLARS **
BEGINNING BALANCE              252,711.40
CASH AMOUNTS                         0.00
ENDING BALANCE                 252,711.40
TOTAL EQUITY                   252,711.40
ACCOUNT VALUE AT MARKET        252,711.40

EXCESS EQUITY                  252,711.40
```

                            Please report any differences immediately to
                    Dorman Trading, L.L.C. Customer Service Department at (312) 341-7070.
                                    If not resolved, please contact
                        Dorman Trading, L.L.C. Compliance Department at (312) 341-7892.
                        The failure to immediately exercise your right to have discrepancies
                        corrected before the beginning of the next market session will be
                        deemed your agreement that this statement is correct and ratified.
                            141 West Jackson Boulevard, Suite 1900 Chicago, IL 60604
                                    (312) 341-7070   FAX: (312) 341-7898
                        RETAIN FOR TAX RECORDS SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

# EXHIBIT K



```
ACCOUNT NUMBER: ████████ 3071

STATEMENT DATE: MAR 15, 2021
```

DORMAN TRADING L.L.C.
141 W. JACKSON BLVD. SUITE 1900
CHICAGO, IL 60604
SUPPORT@DORMANTRADING.COM
TEL:800-552-7007   FAX:312-341-7898

INTRODUCED BY
BORKOWSKI/TEXIDOR

DCAST CAPITAL INVESTMENTS LLC

11262 SW 73 TER
MIAMI, FL 33173

CDD

DAILY STATEMENT

```
*   *   *   *   *   *   *   *   *     C O N F I R M A T I O N     *   *   *   *   *   *   *   *   *   *
THE FOLLOWING JOURNAL ENTRIES HAVE BEEN POSTED TO YOUR ACCOUNT.
   TRADE    SETTL  AT     LONG        SHORT      JOURNAL DESCRIPTION            EX  TRADE PRICE CC   DEBIT/CREDIT
----------- ----------- --- --------------------- --------------------- --------------------------------------- --- ---------------- --- ------------------------
```

```
                         ** US DOLLARS **
BEGINNING BALANCE          882,093.80
CASH AMOUNTS                    0.00
ENDING BALANCE             882,093.80
TOTAL EQUITY               882,093.80
ACCOUNT VALUE AT MARKET    882,093.80

EXCESS EQUITY              882,093.80
```

Please report any differences immediately to
Dorman Trading, L.L.C. Customer Service Department at (312) 341-7070.
If not resolved, please contact
Dorman Trading, L.L.C. Compliance Department at (312) 341-7892.
The failure to immediately exercise your right to have discrepancies
corrected before the beginning of the next market session will be
deemed your agreement that this statement is correct and ratified.
141 West Jackson Boulevard, Suite 1900 Chicago, IL 60604
(312) 341-7070   FAX: (312) 341-7898
RETAIN FOR TAX RECORDS SUBJECT TO TERMS AND CONDITIONS ON REVERSE SIDE

# EXHIBIT L

| | |
|---|---|
| **From:** | Sloey, Nicholas |
| **To:** | ███████ @gmail.com" |
| **Bcc:** | Simek, Thomas; Robinson, Elsie |
| **Subject:** | In re Certain Persons Engaged in Fraud with Respect to Pooled Investments and/or Managed Accounts |
| **Date:** | Monday, June 21, 2021 3:44:00 PM |
| **Attachments:** | June 21 2021 Cover and Subpoena Castilla et al.pdf |
| | CFTC Data Delivery Standards.pdf |
| | Required Notice - Statement to Persons Providing Information - Investigation with Testimony.pdf |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Mr. Castilla,
Please find a subpoena issued to you, DCAST Capital Investments LLC, and Five Traders LLC in connection with an ongoing investigation of the U.S. Commodity Futures Trading Commission.

The CFTC's Statement to Persons Providing Information is also attached and contains information concerning your rights and responsibilities in providing information to the Commission.

Sincerely,
Nicholas Sloey



**Nicholas Sloey**
Senior Trial Attorney
Division of Enforcement
**Commodity Futures Trading Commission**
816-960-7728
nsloey@cftc.gov



# U.S. COMMODITY FUTURES TRADING COMMISSION
2600 Grand Boulevard, Suite 210, Kansas City, MO 64108
Telephone: (816) 960-7700
Facsimile: (816) 960-7751
*www.cftc.gov*

Division of
Enforcement

NICHOLAS SLOEY
TRIAL ATTORNEY
(816) 960-7728
nsloey@cftc.gov

June 21, 2021

**Via Email**
Damian Castilla



@gmail.com

RE:   **Certain Persons Engaged in Fraud with Respect to Pooled Investments and/or Managed Accounts**

Dear Mr. Castilla:

Enclosed is a subpoena issued by the Division of Enforcement (Division) of the U.S. Commodity Futures Trading Commission (CFTC) in connection with an ongoing investigation. The subpoena requires you to produce documents as set forth in Schedule A to the subpoena by July 9, 2021.

In addition, the Commission hereby requests that you, DCAST Capital Investments LLC, Five Traders LLC, and any other entity you own or control (in whole or in part), their parent(s), subsidiaries, affiliates, agents, employees, representatives, or any person or entity acting on behalf of you, DCAST Capital, Five Traders, retain, preserve, and safeguard against destruction all documents (including, but not limited to, all communications, instant messages, audio recordings, and social media records) specified in Schedule A.

The Division further requires that the responsive documents be produced in electronic format. Enclosed for your reference is a document entitled *CFTC Data Delivery Standards*, which details how to produce electronic data to the CFTC. You must produce documents in accordance with the enclosed standards. If you have any questions, please contact me.

If you have any questions regarding this subpoena, please do not hesitate to contact me at (816) 960-7728.

I thank you in advance for your prompt attention to this matter.

Sincerely,

*Nicholas Sloey*

Nicholas Sloey
Trial Attorney
Division of Enforcement

Enclosure:      Subpoena Duces Tecum
                CFTC Data Delivery Standards



**U.S. COMMODITY FUTURES TRADING COMMISSION**

2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
Telephone: (816) 960-7700
Facsimile: (816) 960-7750
www.cftc.gov

Division
Of
Enforcement

June 21, 2021

**SUBPOENA DUCES TECUM**

TO:   **Damian Castilla**



@gmail.com

**YOU ARE HEREBY COMMANDED** to produce all books, papers, documents and other tangible things specified in the attached Schedule A by July 9, 2021 in connection with the investigation conducted by the CFTC in the matter of:

**Certain Persons Engaged in Fraud with Respect
to Pooled Investments and/or Managed Accounts**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**FAILURE TO COMPLY WITH THIS SUBPOENA MAY
RESULT IN THE COMMENCEMENT OF A LEGAL ACTION
IN THE UNITED STATES DISTRICT COURT TO COMPEL
COMPLIANCE WITH THE REQUIREMENTS HEREOF**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Issued June 21, 2021, in Kansas City, MO by:

*Nicholas Sloey*
**Nicholas S. Sloey**

*NOTICES TO WITNESS:*

*<u>Fees and mileage</u>:*  Fees and mileage *need not be tendered to the witness upon service of a subpoena issued in behalf of an officer or employee of the Commission.  28 U.S.C. § 1825.*

*False, Misleading or Fraudulent Statements:  Making a false, misleading or fraudulent statement in testimony or documents produced in response to this subpoena may be a civil and/or criminal violation that can result in punishment by fine or imprisonment or*

1

*both. Specifically, a false, misleading, or fraudulent statement of material fact or omission of material fact that is necessary to make a statement not misleading, may constitute a violation of Section 6(c)(2) of the Commodity Exchange Act (7 U.S.C. § 9(2)), Section 9(a)(3) of the Commodity Exchange Act (7 U.S.C. §13(a)(3)), and/or Section 1001 of Title 18, Crimes and Criminal Procedure (18 U.S.C. §1001).*

**RETURN OF SERVICE**

**In the Case of a Natural Person:**

[ ]     handing it to the person named herein.

[ ]     leaving it at the person's office with the following person in charge:
_____

[ ]     leaving it at the person's office in the following conspicuous place:
_____

[ ]     leaving it at the person's usual place of abode, street address:
_____

[ ]     mailing by certified or registered mail to the following address:
_____

[]     mailing by overnight delivery to the following address:

[X]     the following method by which actual notice was given:
Damian Castilla

@gmail.com

**In the case of service upon other than a natural person:**

[ ]     handing it to the following registered agent for service or other officer, director or
agent in charge of such office (name & title):
_____

[ ] certified or registered mail to the entity's following agent or representative:

[ ] mailing by overnight delivery to the following address:

[X] the following method by which actual notice was given:
Damian Castilla

@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I served this subpoena in accordance with the method
noted above.

Dated: June 21, 2021       *Nicholas Sloey*
                          Nicholas S. Sloey

## SCHEDULE A

## DEFINITIONS AND INSTRUCTIONS

*The following definitions and instructions are expressly incorporated into each specific demand for production as if fully stated therein:*

A. The term "You" or "Your" means Damian Castilla.

B. The term "DCAST Capital" or "Five Traders" means any and all of their affiliates, subsidiaries, directors, divisions, groups, offices, branches, departments, employees, consultants, agents representatives, predecessors or successors, wherever they may be situated, and all other person who have an interest in DCAST Capital or Five Traders their subsidiaries, affiliates, divisions, joint ventures, or any other legal entity in which DCAST or Five Traders have an interest, and all other persons acting in concert or participation with them.

C. The terms "CFTC" and "Commission" refers to the U.S. Commodity Futures Trading Commission.

D. The term "communication" refers to all manners of transmitting or receiving information, opinions, or thoughts, orally, in writing, in person, telephonically, or otherwise.

E. The term "concerning" means referring to, describing, evidencing, or constituting.

F. The term "document" is synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34(a). Accordingly, a document, for purposes of this subpoena, is any writing, drawing, graph, chart, photograph, phonographic record, audiotape, videotape, computer disk, or any other data compilation from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form. The terms "document" or "documents" mean all writings or printed matter of any kind, including the originals and all copies, identical or non-identical, whether different from the originals by reason of any notation made on such copies or otherwise, including, without limitation: records, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, inter-office or intra-office communications, telephone message slips, offers, notations of conversations, bulletins, drawings, plans, computer printouts, computer input or output, teletypes, telefaxes, invoices, worksheets, ledger books, books of account, and all drafts, alterations, modifications, changes and amendments of any of the foregoing. The terms "document" or "documents" also includes all graphic or aural records or representations of any kind, including without limitation, photographs, charts, graphs, microfilm, videotape, recordings, motion pictures, and electronic, mechanical, or electrical records, or recordations of any kind,

4

including, without limitation, tapes, cassettes, discs, and recordings. A draft or non-identical copy is a separate document within the meaning of this term.

G.  The term "person" is defined as any natural person or any business, legal, or governmental entity or association.

H.  The term "possession" denotes actual or constructive possession. For example, a document is in your possession if it is within your custody or control, if you have a legal or equitable right to obtain such document from another person, or if it is in your possession, or in the possession of any present or former officer, director, employee, partner, corporate parent, subsidiary, or affiliate thereof.

I.  The terms "and" and "or" are used interchangeably herein, operating both as conjunctive and disjunctive conjunctions. The singular and plural forms of nouns and pronouns are likewise used interchangeably herein.

J.  "Refer" means to discuss, report on, review, consider, evaluate, or explain by direct mention of the subject matter of the request.

K.  "Relate" means to comprise, explicitly or implicitly, refer to, be reviewed in conjunction with, or be generated as a result of the subject matter of the request, or to reflect, record, memorialize, discuss, evaluate, consider, review or report on the subject matter of the request.

L.  The obligations created by this subpoena are continuing, and you shall supplement its production if you locate additional responsive documents in your possession. You shall produce the specified materials to the Commission as they are kept in the usual course of business or shall organize and label them to correspond with the categories in this subpoena.

M.  Unless otherwise specified, the scope of this subpoena includes all documents concerning the period from January 1, 2012 to present.

N.  If any documents responsive to any of the paragraphs of this Attachment will not be produced for any reason, please set forth the following information concerning each document:

       (a)    the type of document;

       (b)    the date of the document;

       (c)    the person who prepared or wrote the document;

       (d)    a description of the document's subject matter and   physical size;

       (e)     all addresses of recipient(s) of the original or copy thereof, together with the date or approximate date that said recipient received said document;

       (f)     all other persons to whom the contents of the document have been disclosed, the date of such disclosure, and the means of such disclosure; and

       (g)     the nature of the privilege or the rule of law relied upon, or other reason for non-production.

O. All documents call for by this subpoena are to be produced in unredacted form.  If you make any redactions, such redactions must be clearly marked and the reasons for such redactions must be given in accordance with paragraph "N" above.

P. Please produce all documents in electronic format in accordance with the CFTC Division of Enforcement's Data Delivery Standards, enclosed herein.  All documents should be organized and labeled to correspond with the categories of this request.

### *DOCUMENTS TO BE PRODUCED PURSUANT TO SUBPOENA*

1. Documents sufficient to show the name, address, state of incorporation, and agent for service of process, for any entity for which you are a director, officer, registered agent, or in which you possess an ownership interest.

2. Documents sufficient to show the names, addresses, phone numbers, e-mail address, and any other contact information of all current and former customers or clients of you, Five Traders, DCAST Capital, or any other entity identified in response to Request No. 1.

3. Documents sufficient to show all funds received or sent from or to any current or former customers or clients of you, Five Traders, DCAST Capital, or any other entity identified in response to Request No. 1.

4. All communications between you, and any person affiliated with any entity identified in response to Request No. 1 concerning any current, former, or potential customers or clients of yourself, DCAST Capital, Five Traders, or any entity identified in response to Request No. 1.

5. All agreements entered into between or among you, DCAST Capital, Five Traders, or any current, former, or potential customers or clients of yourself, DCAST Capital, Five Traders, or any other entity identified in response to Request No. 1, including but not limited to any powers of attorney or managed account agreements.

6. Documents sufficient to show the names, addresses, phone numbers, e-mail addresses, and any other contact information of any current or former employees and/or representatives of DCAST Capital, Five Traders, or any other entity identified in response to Request No. 1.

7.  Documents sufficient to show the names, addresses, phone numbers, e-mail addresses, and any other contact information of all counterparties, including futures commission merchants, through whom trades you, DCAST Capital, Five Traders, or any other entity identified in response to Request No. 1 placed trades on behalf of yourself, DCAST Capital, Five Traders, any other entity identified in response to Request No. 1, or any current or former customers or clients.

8.  All written communications between you, DCAST Capital, Five Traders, and/or any other entity identified in response to Request No. 1, and all current or former customers or clients or potential customers or clients, including, but not limited to, solicitations, brochures, pamphlets, promotional materials, historical returns, risk disclosures, letters, invoices, contracts, e-mails, reports, account opening statements, account statements, facsimiles, updates, reports, memoranda, graphs, charts or notes.

9.  All customers' complaints and grievances (whether oral or written) concerning you, DCAST Capital, Five Traders, and/or any other entity identified in response to Request No. 1, including, but not limited to, all complaints, criticisms, grievances, requests for refunds or damages, lawsuits, or communications regarding other legal action (threatened or actual), and documents concerning the handling and resolution of each of the aforementioned items.

10. Documents sufficient to identify any websites created, managed, or utilized by you, DCAST Capital, Five Traders, or any other entity identified in response to Request No. 1, to solicit potential customers, as well as any advertisements (in written or any other form) concerning, the website, or any affiliated websites.

11. A complete copy of any websites identified in response to Request No. 10, including password protected sections.

12. Documents sufficient to show the following information concerning all bank accounts you, DCAST Capital, Five Traders, or any other entity identified in response to Request No. 1 owned, operated, or controlled at any time from January 1, 2014 to present:

   *a.*  Bank Name;
   *b.*  Bank Address;
   *c.*  Account Number(s);
   *d.*  Name of all persons who are authorized users of the account.

### DOCUMENTS TO BE PRESERVED

**The U.S. Commodity Futures Trading Commission's Division of Enforcement hereby requests that you, DCAST Capital, Five Traders, and any other entity over which you exercise control, as defined above, preserve all documents and communications concerning or in any way related to commodity interests (as defined in Commission Regulation 1.3, 17 C.F.R. § 1.3 (2020)) for the period January 1, 2014 to the present.**



# CFTC Data Delivery Standards

Effective:  March 14, 2018

This document describes the technical requirements for electronic document productions to the Commodity Futures Trading Commission (CFTC).  Any proposed file formats other than those described below must be discussed with the legal and technical staff of the CFTC Division of Enforcement prior to submission.



# CFTC Data Delivery Standards
### *Effective:  March 14, 2018*

This document describes the technical requirements for electronic document productions to the Commodity Futures Trading Commission (CFTC).

**\*\*Any proposed file formats other than those described below must be discussed with the legal and technical staff of the CFTC Division of Enforcement prior to submission.\*\***

## Contents

General Instructions ........................................................................................................... 2

Electronic Discovery Protocols ........................................................................................... 3

Delivery Formats ................................................................................................................. 3

    I.    Native File Production .................................................................................. 3

        1.    Emails ........................................................................................... 3

        2.    Account Statements ...................................................................... 3

        3.    Instant Messages (IMs) ................................................................ 3

        4.    Audio Files ................................................................................... 4

        5.    Video Files ................................................................................... 4

        6.    Transcripts ................................................................................... 5

    II.    Imaged Collections ..................................................................................... 5

        1.    Images .......................................................................................... 5

        2.    Concordance Image® Cross-Reference File ............................... 6

        3.    Data File ....................................................................................... 6

        4.    Text .............................................................................................. 9

        5.    Linked Native Files ..................................................................... 9

    III.    Productions of Adobe PDF Files ................................................................. 9

    IV.    Productions of Website Content ................................................................ 10

    V.    Productions of Forensic Images of Computer Media ............................... 10

    VI.    Productions of Forensically Acquired Mobile Device Data ..................... 10

    VII.    FTP (File Transfer Protocol) Submission .................................................. 10



# CFTC Data Delivery Standards
### *Effective: March 14, 2018*

## General Instructions

Please send documents via overnight mail (1155 21st Street NW, Mailstop CPI, Washington, DC, 20581) or use the Commission's secure file transfer protocol ("FTP"); **do <u>not</u> produce any documents via the U.S. Postal Service**.  If you are interested in sending documents using FTP, email **eLaw-CPI@cftc.gov** and they will provide you with the Commission's FTP credentials upon request.  When sending documents via FTP, you **MUST** include the CFTC point of contact and a cover letter.

Electronic files must be produced in their native format, i.e., the format in which they are ordinarily used and maintained during the normal course of business.  For example, an MS Excel file must be produced as an MS Excel file rather than an image of a spreadsheet.

<span style="color:red">(Note:  An Adobe PDF file is <u>**not**</u> considered a native file unless the document was initially created as a PDF.)</span>

In the event produced files require the use of proprietary software not commonly found in the workplace, the CFTC will explore other format options with the producing party.

In regards to imaged collections, the use of file de-duplication methodologies in preparing productions is becoming more commonplace. If your production will be de-duplicated it is vital that you 1) preserve any unique metadata associated with the duplicate files, for example, custodian name, and, 2) make that unique metadata part of your production to the CFTC.

General requirements for <u>ALL</u> document productions are:

1. <u>**Production of data via email is unacceptable.**</u>
2. Reference the specific portion of the request to which you are responding, along with a summary of the number of files in the production, so that we can confirm everything is loaded into our review system.
3. All native file submissions must be organized **by custodian** unless otherwise instructed.
4. All load-ready collections should include only one data load file and one image pointer file.
5. All load-ready text must be produced as separate text files, not as fields within the .DAT file.
6. All load-ready collections should account for custodians in the custodian field.
7. Audio files should be separated from data files if both are included in the production.
8. The preferred method of submission is via File Transfer Protocol (FTP). (See details in Section IV on page 10.)
9. Large productions (any production above 10 GB) must be submitted to the CFTC on media such as a CD, DVD, thumb drive, or hard drive. The media must be clearly marked with the following:
    a. Matter name
    b. Producing party
    c. Production date
    d. Disk number (1 of X), if applicable
10. Only alphanumeric characters and the underscore character are permitted in file names and **folder names**.  Special characters are not permitted. Any data received with file names or folders with special characters, including the comma, will be rejected.  The combined length of the file path with folder and file name should not exceed 255 characters.



# CFTC Data Delivery Standards
### *Effective:  March 14, 2018*

11. Include information within the cover letter regarding the time zone used, if emails or other electronic files were standardized during conversion.
12. If you want the submitted material returned at the conclusion of the investigation you must indicate that preference in writing when the material is produced, **and** the media on which it is provided ***must*** be encrypted.
13. All production data containing sensitive or personally identifiable information must be encrypted using FIPS 140 compliant software.
14. <u>Provide passwords for all password-protected files or hardware in a separate transmittal.</u>
15. All productions should be checked and produced free of computer viruses and malware. Productions containing viruses or malware may not be accepted and will require a new production.
16. If the production is created using Relativity, Duplicate Spare = No must not be applied.

## Electronic Discovery Protocols

If a producing party wants to employ winnowing techniques to reduce the volume of production material, then consultation with the CFTC attorney is required to define and agree upon the requirements and applied technology.  Thereafter, all productions made to the CFTC should reference the established protocol.  Such methodologies may include, but are not limited to, the following criteria:

- Data Sources
- Custodians
- Date Range(s)
- Search Terms
- Deduplication
- Email Threading Usage
- Early Case Assessment (ECA) Usage
- Technology Assisted Review (TAR)
- Other Criteria, including alternative forms of analytics

## Delivery Formats

### I.   Native File Production

Requirements for the production of native document files are listed below.

1. **Emails**:  Emails and attachments must be produced as PST, NSF, DBX, MBOX, or MSG files. The file name must include the name of the email custodian.  When a production consists of multiple custodians, a separate PST (or similar file) should be produced for each custodian.
2. **Account Statements**:  Account statements must be produced in the same format in which they were originally created and distributed.
3. **Instant Messages (IMs)**:  IMs should be produced in .PST format or a delimited text file which must include, at a minimum, the following fields:
   1) DATE
   2) TIME



# CFTC Data Delivery Standards

*Effective: March 14, 2018*

3) FROM
4) TO
5) CONVERSATION_TEXT
6) CONVERSATION_INDEX

Multiple conversations must be produced in a single file and a conversation index or similar unique string must be used to identify all threads of the same conversation. Field names must be included in the first row of the text file.

4. **Audio Files**:  Audio files from telephone recording systems must be produced in a format that is playable using Microsoft Windows Media Player™.  Types of audio files that will be accepted include:
   - Nice Systems audio files (.aud).  AUD files offer efficient compression and would be preferred over both NMF and WAV files.
   - Nice Systems audio files (.nmf).
   - WAV files
   - MP3, MP4
   - WMA
   - AIF

Produced audio files must be in a separate folder compared to other data in the production.

Additionally, the call information (metadata) related to each audio recording **must be produced if it exists**. The metadata must include, at a minimum, the following fields:
   1) CALLER_NAME or CALLER_ID:       Caller's name or identification number
   2) CALLING_NUMBER:                 Caller's phone number
   3) FILENAME:                       Filename of audio file
   4) DATE:                           Date of call
   5) TIME:                           Time of call
   6) CALLED_PARTY:                   Name of the party called
   7) CALLED_NUMBER:                  Called party's phone number

The filename is used to link the metadata to the produced audio file. The file name in the metadata and the file name used to identify the corresponding audio file must match exactly. The metadata file must be produced in delimited text format. Field names must be included in the first row of the text file.  A sample .DAT file containing only a few fields for illustration purposes is depicted below:

```
LType╠╠Audio_Trimmed╠╠CALLER_ID╠╠CUSTODIAN╠╠DATE╠╠TIME╠╠CALLED_NUMBER╠╠
07/09/2007  09:33:03╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠07/09/2007╠╠09:32:42╠╠╠╠
07/17/2007  09:17:36╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠07/17/2007╠╠09:17:24╠╠╠╠
10/12/2007  08:13:12╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠10/12/2007╠╠08:12:47╠╠╠╠
10/12/2007  08:18:51╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠10/12/2007╠╠08:18:19╠╠╠╠
12/05/2007  07:12:14╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠12/05/2007╠╠07:11:58╠╠╠╠
12/17/2007  08:40:17╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠12/17/2007╠╠08:40:09╠╠╠╠
12/31/2007  09:39:12╠╠Speakers╠╠╠╠╠╠Doe, Jane╠╠12/31/2007╠╠09:39:00╠╠╠╠
```

5. **Video Files**:  Video files must be produced in a format that is playable using Microsoft Windows Media Player™ along with any available metadata.  If it is known that the



# CFTC Data Delivery Standards
*Effective:  March 14, 2018*

video files do not contain associated audio, indicate this in the accompanying transmittal letter.  Types of video files accepted include:

- MPG
- AVI
- WMV
- MOV
- FLV

6. **Transcripts**:  Legal transcripts must be produced electronically in manuscript form with line numbers and page numbers. The preferred format is plain text (ASCII), although LiveNote and Summation formats are acceptable.

## II.   Imaged Collections

While the CFTC accepts imaged productions in addition to native formats, imaged productions without native formats are not permitted unless the original document only exists in hard copy form.   When images are produced, they must comply with the requirements below.

**\*\*\*The use of file de-duplication methodologies in preparing productions is becoming more commonplace. If your production will be de-duplicated it is vital that you 1) preserve any unique metadata associated with the duplicate files, for example, custodian name, and, 2) make that unique metadata part of your production to the CFTC.\*\*\***

Note:  Adobe PDF files are **not** acceptable as imaged productions.  PDF files are acceptable only when the document content was initially created as a PDF (e.g., fillable PDF forms) and not converted from another format.

## 1.   Images

a. Black and white images must be 300 DPI Group IV single-page TIFF files.
b. Color images must be produced in JPEG format.
c. File names cannot contain embedded spaces or special characters (including the comma).
d. Folder names cannot contain embedded spaces or special characters (including the comma).
e. All image files must have a unique file name.
f. Images must be endorsed with sequential Bates numbers in the lower right corner of each image.
g. The number of TIFF files per folder should not exceed 500 files.
h. TIFF images of Excel spreadsheets are not useful for review purposes; because the imaging process can often generate thousands of pages per file, a placeholder image, named by the *IMAGEID* of the file, should be used instead, and the native Excel file should be produced.



# CFTC Data Delivery Standards
### *Effective:  March 14, 2018*

2. **Concordance Image® Cross-Reference File**

The image cross-reference file is needed to link the images to the database. It is a comma-delimited file consisting of seven fields per line. There must be a line in the cross-reference file for every image in the database.

The format is as follows:

*ImageKey,VolumeLabel,ImageFilePath,DocumentBreak,FolderBreak,BoxBreak,PageCount*

*ImageKey*:　　This is the unique designation that Concordance and Concordance Image and Relativity use to identify and retrieve an image. This value may be the same as the Bates number endorsed on each image.

*VolumeLabel:*　Leave this field empty.

*ImageFilePath:*　This is the full path to the image file on the produced storage media.

*DocumentBreak:*　This field is used to delineate the beginning of a new document.  If this field contains the letter "Y," then this is the first page of a document.  If this field is blank, then this page is not the first page of a document.

*FolderBreak:*　This field is used to delineate the beginning of a new folder in the same manner as the *DocumentBreak* field.  If this information is not available, then it may be left empty.

*BoxBreak:*　This field is used to delineate the beginning of a new box in the same manner as the *DocumentBreak* and *FolderBreak* fields.  If this information is not available, then it may be left empty.

*PageCount:*　Leave this field empty.

Sample

| |
|---|
| LA-0000001,,E:\001\ LA-0000001.TIF,Y,,, |
| LA-0000002,,E:\001\ LA-0000002.TIF,,,, |
| LA-0000003,,E:\001\ LA-0000003.TIF,Y,,, |
| LA-0000004,,E:\001\ LA-0000004.TIF,,,, |
| LA-0000005,,E:\001\ LA-0000005.TIF,,,, |

3. **Data File**

The data file (.DAT) contains all of the fielded information that will be loaded into the *Concordance*® or *Relativity*® database.

　　a. The first line of the .DAT file must be a header record identifying the field names.

　　b. The .DAT file must use the following *Concordance*® default delimiters:

| | | |
|---|---|---|
| Comma | | ASCII character 20 |
| Quote | þ | ASCII character 254 |
| Newline | ® | ASCII character 174 |

　　c. Date fields should be provided in the format: MM/DD/YYYY.



# CFTC Data Delivery Standards
### *Effective: March 14, 2018*

d. If the production includes imaged emails and attachments, the attachment fields must be included to preserve the parent/child relationship between an email and its attachments.

e. A TEXTPATH field must be included to provide the file path and name of the extracted text file on the produced storage media. The text file must be named after the Begno. Do not include the text in the .DAT file.

f. For production with native files, a NATIVELINK field must be included to provide the file path and name of the native file on the produced storage media.

g. BegAtt and EndAtt fields must be two separate fields.

h. DateSent and TimeSent fields must be two separate fields.

i. All text and metadata associated with the document collection must be produced.

Sample of .DAT file (only includes a sample of fields)

```
þBegnoþþBegAttachþþEndAttachþþFileDescripþþFilenameþþRecordTypeþ
þEML-0030437þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030438þþþþþþOutlook Data FileþþRE: Your Question.htmþþþ
þEML-0030439þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030440þþþþþþOutlook Data FileþþLook.htmþþE-MAILþþþ
þEML-0030441þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030442þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030443þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030444þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030445þþþþþþOutlook Data FileþþATTN.htmþþE-MAILþþþ
þEML-0030446þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030447þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
þEML-0030448þþþþþþOutlook Data FileþþQuestion Fill Out Form.htmþþþ
```

The metadata for the document collection should be provided in a .DAT file using the field definition and formatting described below:

| Field | Description | Field Type | Required |
|---|---|---|---|
| Begno | Displays the document identifier of the first page in a document or the entire document of an E-Doc. | Text | Yes |
| Endno | Page ID of the last page in a document (for image collections only). | Text | Yes for Image Collections |
| BegAttach | Displays the document identifier of a parent record. Must be separate from EndAttach field. | Text | If it Exists |
| EndAttach | Displays the document identifier of the last attached .document in a family. Must be separate from BegAttach field. | Text | If it Exists |
| PgCount | Number of pages in a document (for image | Text | Yes for Image |



# CFTC Data Delivery Standards
*Effective:  March 14, 2018*

| Field | Description | Field Type | Required |
|---|---|---|---|
| | collections only). | | Collections |
| FileDescription | Description of a native file type. | Text | Yes |
| Filename | Original filename of a native file, | Text | Yes for Documents |
| RecordType | Displays the record type for each entry in the load file. | Text | Yes |
| ParentID | Displays the document identifier of the attachment record's parent (only for attachments). | Text | If it Exists |
| NumAttach | Total number of records attached to the document. The value will always be 0 (zero) for the actual attachment records. | Text | If it Exists |
| Attachmt | Populates parent records with document identifier of each attached record and is separated by semi-colons. | Text | If it Exists |
| Custodian | The owner of the record. | Text | Yes |
| From | Author of the e-mail message. | Text | Yes for email |
| To | Main recipient(s) of the e-mail message. | Text | Yes for email |
| CC | Recipient(s) of "Carbon Copies of the e-mail message. | Text | If it Exists |
| BCC | Recipient(s) of "Blind Carbon Copies" of the e-mail message. | Text | If it Exists |
| EMail_Subject | Subject of the e-mail message. | Paragraph | Yes for email |
| DateSent | Sent date of an e-mail message.  Must be separate from TimeSent field. | MM/DD/YYYY | Yes for email |
| TimeSent | Time the e-mail message was sent. Must be separate from DateSent field. | Text | Yes for email |
| IntMsgID | Internet Message ID assigned to an e-mail message by the outgoing mail server. | Text | If it Exists |
| ConversationIndex | This is a 44 character string of numbers and letters that is created in the initial email and which as 10 characters added for each reply or forward of an email. | Text | Yes for email |
| Conversation Family | E-mail thread identification.  Relational field for Conversion threads. | Text | Yes for email |
| EntryID | Unique identifier of e-mails in mail stores. | Text | If it Exists |
| Author | Author value pulled from metadata of the native file. | Text | If it Exists |
| Organization | Company extracted from metadata of the native file. | Text | If it Exists |
| Subject | Subject value extracted from metadata of the native file. | Paragraph | If it Exists |
| DateCreated | Creation date of the native file. | MM/DD/YYYY | If it Exists |
| DateLastMod | Date the native file was last modified. | MM/DD/YYYY | If it Exists |
| DateLastPrnt | Date the native file was last printed. | MM/DD/YYYY | If it Exists |
| MD5Hash | MD5 hash value. | Text | Yes |
| EDSource | Fully qualified original path to the source folder, files, and/or mail stores. | Text | Yes |



# CFTC Data Delivery Standards

*Effective: March 14, 2018*

| Field | Description | Field Type | Required |
|---|---|---|---|
| NativeFile | Hyperlink to the native file. | Text | Yes |
| Textpath | Extracted text path. | Paragraph | Yes |
| Imagkey | Page ID of the first page of a document (for image collections only). Should be the same as the Begno field. | Paragraph | Yes |
| + Any other fields considered relevant by the producing party. | | | |

4. **Text**

   Text must be produced as separate text files, not as fields within the .DAT file. If text is included in the .DAT file as a field, the production will be rejected. Extracted text must be in a separate folder, one text file per document. The files must be named the same as the Begno field. The number of files per folder should not exceed 500 files. There should be no special characters (including commas in the folder names).

5. **Linked Native Files**

   Copies of original email and native file documents/attachments must be included for all electronic productions.
   a. Native file documents must be named per the Begno field.
   b. The full path of the native file must be provided in the .DAT file for the NativeFile field.
   c. The number of native files per folder should not exceed 500 files.
   d. There should be no special characters (including commas in the folder names).

III. **Productions of Adobe PDF Files**

   PDF files are not substitutions for native files, as metadata is lost when PDFing native files. PDF productions that are produced as native productions will be rejected unless the files were originally created using Adobe (e.g., fillable electronic PDF forms) or prior agreement is reached with the designated CFTC attorney. In those exceptions, PDF productions should adhere to the following guidelines:

   1. PDF files should be produced in separate folders named by the custodian. The folders should not contain any special characters (including commas).
   2. All PDFs must be unitized at the document level, i.e., each PDF should represent a discrete document; **a PDF cannot contain multiple documents. PDF packages will be rejected.**
   3. All PDF files must contain embedded text that includes all discernible words within the document, not selected text or image only. This requires all layers of the PDF to be flattened first.
   4. If PDF files are Bates endorsed, the PDF files must be named by the Bates range.



# CFTC Data Delivery Standards
### *Effective: March 14, 2018*

## IV.   Productions of Website Content

Website content must be produced in native format and viewable in common web browsers (e.g. Internet Explorer, Mozilla Firefox, and Google Chrome) without the use of any additional third party software. If the only existing state of a website is in source code form, the party must produce a fully compiled version of the website in addition to the website source code with documentation of the process used to render, compile, and/or restore the website to an easily viewable form.

## V.   Productions of Forensic Images of Computer Media

Forensic images must be produced in a common/standard format to include (E01, Ex01, L01, Lx01, AD1, Raw Bitstream, and S01). An inventory of any original computer media must be provided with the image files. All associated log files from any forensic acquisition must be produced with the image files. The log files must contain a hash value, at a minimum (MD5, SHA-1, or higher), for authentication purposes. A chain of custody document must be provided to ensure the integrity of any digital evidence.

## VI.   Productions of Forensically Acquired Mobile Device Data

Forensically acquired mobile device data must be provided in the original format of the software/hardware used to capture the data. All original logs and authentication reports must also be provided with the respective data.

## VII.   FTP (File Transfer Protocol) Submission

The preferred method for producing data is via FTP. The CFTC has an FTP site set up that will allow transfer of data up to 2 GB per transmission.

If you are interested in sending documents using FTP, email **eLaw-CPI@cftc.gov** and they will provide you with the Commission's FTP credentials upon request.  When sending documents via FTP, you **MUST** include the CFTC point of contact and a cover letter.



COMMODITY FUTURES TRADING COMMISSION
WASHINGTON, D.C. 20581

**Statement to Persons Providing Information about Themselves to the
Commodity Futures Trading Commission ("Commission" or "CFTC")**

This document sets forth your legal rights and responsibilities (i) as a person requested to supply information about yourself voluntarily, (ii) as a person with recordkeeping obligations under the Commodity Exchange Act ("Act") or the Commission Regulations promulgated thereunder ("Regulations"), (iii) as a person directed to provide information to the Commission pursuant to a special call, or as a person directed to provide sworn testimony or produce documents pursuant to a subpoena. When applicable, this statement also provides important information about the deposition process for persons providing testimony. Unless stated otherwise, the information below applies whether you are providing information voluntarily, pursuant to the recordkeeping obligations of a registrant, pursuant to a special call, or pursuant to a subpoena.

## PRIVACY ACT

To restrict unauthorized dissemination of personal information, the Privacy Act of 1974, 5 U.S.C. § 552a, limits an agency's ability to disclose such information.[1] Under the Privacy Act, the Commission may disclose protected information as follows: when the individual to whom the record pertains consents in writing; when officers and employees of the Commission need the record to perform their duties; when required by the terms of the Freedom of Information Act, 5 U.S.C. § 552; or when disclosure is for a "routine use" (i.e., one compatible with the purpose for which the information was collected).

The Privacy Act also requires that, in certain situations, individuals requested to provide information about themselves receive notice of the following:

1.    PURPOSE OF SOLICITATION OF INFORMATION.

The Commission's principal purpose in soliciting information from you when conducting an enforcement investigation is to determine whether any person has violated, is violating, or is about to violate the Act or the Regulations. In certain circumstances, the Commission may be obtaining information at the request of a foreign futures authority under Section 12(f) of the Act, 7 U.S.C. § 16(f).

2.    AUTHORITY FOR SOLICITATION OF INFORMATION.

    a.    *Persons Requested To Supply Information Voluntarily.* The Commission has authority to collect this information pursuant to one or more sections of the Act and the Regulations promulgated thereunder, including Section 8 of the Act, 7 U.S.C.

---

[1] Individuals should refer to the full text of the Privacy Act, 5 U.S.C. § 552a, to Part 146 of the Commission's Regulations, 17 C.F.R. pt. 146, and to the CFTC's compilation of System of Record Notices, 76 Fed. Reg. 5974 (Feb. 2, 2011), for a complete list of authorized disclosures and coverage of the Act. Only those disclosures arising most frequently are mentioned in this document.

§ 12, and Part 11 of the Regulations, 17 C.F.R. pt. 11.  Disclosure of the requested information to the Commission is voluntary on your part.

b. *Persons Directed To Supply Information Pursuant to Subpoena.*  The authority for requiring production of information is set forth in the subpoena.

c. *Whistleblowers.*  The Commission has authority to collect information from persons seeking to participate in the Commission's whistleblower program pursuant to Section 23 of the Act, 7 U.S.C. § 26, and Part 165 of the Regulations, 17 C.F.R. pt. 165.

d. *Persons Directed to Supply Information Pursuant to a Provision of the Act or Regulations.*  The authority for requiring production of information is set forth in the request.

3.   <u>EFFECT OF NOT SUPPLYING INFORMATION.</u>

a. *Persons Requested To Supply Information Voluntarily.*  There are no direct effects or sanctions for failing to provide any or all of the requested information.  If you do provide information, however, you should note the sanctions for false statements and documents described above.

b. *Persons Directed To Supply Information Pursuant to Subpoena.*  Disclosure of information to the Commission pursuant to a subpoena is mandatory, subject to the valid assertion of any legal right or privilege you might have.  If you fail to comply with the subpoena, the  Commission may seek a court order requiring you to do so.  If the Commission obtains  such an order and you thereafter fail to supply the information, you may be subject to civil and/or criminal sanctions for contempt.

c. *Whistleblowers*. Failure to provide information requested by Commission staff in relation to a whistleblower submission may affect your ability to receive a whistleblower award, or the potential amount of an award.

d. *Persons Directed to Supply Information Pursuant to a Provision of the Act or Regulations*.  Disclosure of information to the Commission pursuant to a provision of the Act or Regulations is mandatory, subject to the valid assertion of any legal right or privilege you might have.  Failure to submit or make available for inspection the requested information constitutes a violation of the Act and Regulations, and may result in any or all of the actions under Section 6(c) or 6c of the Act, 7 U.S.C. §§ 9, 13.

November 9, 2020

4.       ROUTINE USES OF INFORMATION.

The Commission often makes its files available to other governmental agencies, including the Department of Justice, the Securities & Exchange Commission, and state prosecutors.  There is a likelihood that information supplied by you will be made available to such agencies where appropriate.

The information collected will be used pursuant to System of Records Notice (SORN) CFTC-10, Investigatory Records; CFTC-15, Enterprise Surveillance, Oversight & Risk Monitoring; or CFTC-49, Whistleblower Records.  Information you provide also may be used in the routine operation of the Commission, which includes law enforcement, review of legislative and regulatory proposals, regulation of the commodity futures and swaps markets, and review of reports and documents filed with the Commission.  A complete use of blanket routine uses for Commission System of Records Notices is published in the Federal Register at 76 Fed. Reg. 5974 (Feb. 2, 2011).

## FREEDOM OF INFORMATION ACT

The Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Commission's rules and regulations pursuant thereto, 17 C.F.R. pt. 145, generally provide for disclosure of information to the public, unless information falls within a specified exemption.  Regulation 145.9, 17 C.F.R. § 145.9, establishes the procedure by which you may request that certain sensitive information not be disclosed pursuant to a FOIA request.

## FALSE STATEMENTS AND DOCUMENTS

Any person who knowingly and willfully makes false or fraudulent statements, whether under oath or otherwise, or falsifies, conceals or covers up a material fact, or submits any false writing or document, knowing it to contain false, fictitious or fraudulent information, is subject to the criminal penalties set forth in 18 U.S.C. § 1001, which include imprisonment of not more than five years, imposition of a substantial fine under the Federal Sentencing Guidelines, or both.

It shall also be unlawful for any person to make any false or misleading statement of a material fact to the Commission, including in any registration application or any report filed with the Commission under this Act, or any other information relating to a swap, or a contract of sale of a commodity, in interstate commerce, or for future delivery on or subject to the rules of any registered entity, or to omit to state in any such statement any material fact that is necessary to make any statement of a material fact made not misleading in any material respect, if the person knew, or reasonably should have known, the statement to be false or misleading, as set forth in Section 6(c)(2) of the Act, 7 U.S.C. § 9(2).

November 9, 2020

## TESTIMONY

The following information applies to individuals providing sworn testimony:

1.      RECORD.

Your testimony will be transcribed by a reporter.  If at any time you wish to go off the record, please inform the Commission representative taking your testimony, and that representative will decide whether to grant your request. The reporter will go off the record only at the request of the Commission representative, and not at the direction of you or your counsel. The Commission representative may summarize all off-the-record discussions when you go back on the record.

2.      COUNSEL.

You may be accompanied, represented and advised by counsel. He or she must be an attorney-at-law admitted to practice before the highest court in any state or territory or the District of Columbia, who has not been suspended or disbarred from appearance and practice before the Commission. Your counsel may be present and may advise you before, during, and after your testimony.[2]

Counsel may also question you briefly at the conclusion of your testimony to clarify any answers, and may make summary notes during your testimony.  You may consult with your counsel at any time during the proceedings.  If you want to consult privately with counsel, inform the Commission representative taking your testimony and necessary arrangements will be made.

If you are not accompanied by counsel and decide at any time during the proceeding that you wish to be accompanied, represented, or advised by counsel, please so advise the Commission representative taking your testimony.  The proceeding will then be adjourned to afford you the opportunity to make necessary arrangements.

The Commission may for good cause exclude a particular attorney from further participation in any investigation in which the Commission has found the attorney to have engaged in dilatory, obstructionist, or contumacious conduct.

You may be represented by counsel who represents other persons involved in the Commission's investigation.  This multiple representation, however, presents a potential conflict of interest if one client's interests are or may be adverse to another's.  If you are represented by counsel who also represents other persons involved in the investigation, the Commission will assume that you and counsel have discussed and resolved all issues concerning possible conflicts of interest. The choice of counsel, and the responsibility for that choice, is yours.

---

[2] No one other than your attorney and persons providing assistance to your attorney necessary to ensure representation of counsel are entitled to accompany, represent or advise you at the proceeding.

November 9, 2020

3.      PERJURY.

Any person making false statements under oath during a Commission investigation is subject to the criminal penalties for perjury in 18 U.S.C. § 1621, which provides, in relevant part, that:

> Whoever ... having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, . . . willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true . . . is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under [title 18] or imprisoned not more than five years, or both.

4.      TRANSCRIPT AVAILABILITY.

Under Regulation 11.7(b), 17 C.F.R. § 11.7(b), any person compelled to submit testimony in the course of an investigatory proceeding is entitled, upon payment of appropriate fees, to procure a copy or transcript of his or her testimony.  For good cause, however, a witness may be limited to review of the official copy of his or testimony.  The rights provided by this rule also apply to individuals testifying voluntarily.

To request written authorization to purchase a copy of the transcript of your testimony, send a written request to the Commission representative taking your testimony.  Whether or not you wish to purchase a copy of the transcript, a copy will be available for your review at the Commission office most convenient to you.  To arrange for such review, contact the Commission representative taking your testimony.

5.      FIFTH AMENDMENT.

Information you provide may be used against you in any Federal, state, local, or foreign administrative, civil, or criminal proceeding brought by the Commission or any other agency.  In accordance with the rights guaranteed to you by the Fifth Amendment to the Constitution of the United States, you may refuse to provide information that may tend to incriminate you or otherwise subject you to a fine, penalty, or forfeiture, by invoking the Fifth Amendment.  An adverse inference may be drawn in a civil or administrative proceeding from your refusal to testify.

6.      FAILING TO ANSWER QUESTIONS.

   a.   *Testimony Pursuant to Subpoena.*  If testifying pursuant to a subpoena, your disclosure of information to the Commission is mandatory, subject to any legal right or privilege you may have.  If you fail to provide requested information, the Commission may seek a court order requiring you to do so.  If such an order is obtained, you may be subject to civil and/or criminal sanctions for contempt of court for any continued failure to supply the information.

   b.   *Voluntary Testimony.* If your testimony is not pursuant to a subpoena, your

November 9, 2020

appearance to testify is voluntary.  Accordingly, you may leave the proceeding at any time, and you are not required to answer questions.  There are no direct sanctions or effects for failing to supply all or part of the information requested by the Commission.  If you do provide information, however, you should note the sanctions for false statements and documents described above.

7.      FORMAL ORDER AVAILABILITY.

If the Commission has issued a formal order of investigation, Commission Rule 11.7(a), 17 C.F.R. § 11.7(a), allows you to examine it at your request during your testimony.  To obtain a copy of the formal order, however, you must submit a written request to the Commission representative taking your testimony and demonstrate that your retention of a copy of the formal order "would be consistent both with the protection of privacy of persons involved in the investigation and with the unimpeded conduct of the investigation."  Regulation 11.7(a), 17 C.F.R. § 11.7(a).

8.      ALLOWABLE FEES AND EXPENSES.

The Commission is neither required nor authorized to pay fees and mileage to the witness upon service of a subpoena.  7 U.S.C. § 9; 28 U.S.C. § 1825(c); 31 U.S.C. § 3324(b); 17 C.F.R. § 11.4. However, after giving testimony pursuant to a subpoena, the witness may request of the Commission, and the Commission will pay, the same fees and mileage that are paid to witnesses in the courts of the United States. 17 C.F.R. § 11.4(d); *see also* 28 U.S.C. § 1821.5.[3]

   a.   *Attendance Fees*.  You are entitled to the prevailing Federal witness fee for each day's attendance, including time needed to travel to and from the location of the proceeding.

   b.   *Common Carrier Transportation*.  If traveling by common carrier, you will be paid the actual expenses of transportation between your residence and the location of the proceeding, using the shortest practical route and the most economical rate reasonably available.  To ensure the lowest rate, contact the

   c.   Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581, for a prepaid travel ticket.  Receipts must be submitted with all claims for transportation expenses.  If you were supplied with a government-paid airline or train ticket, attach the receipt and/or stub to your claim.

   d.   *Rental Cars*.  Reimbursement for the use of a rental car cannot be made unless authorized in advance by the Commission on a signed travel order.  The Commission must determine whether use of a rental car is cost beneficial to the government.

   e.   *Travel by Privately Owned Vehicle (POV)*.  If traveling by POV, you are entitled to

---

[3] The exact amount of the prevailing attendance fee, mileage allowance, and subsistence allowance for Federal witnesses is published at 28 U.S.C. § 1821.

November 9, 2020

a mileage allowance based on a uniform table of distances at a rate established by the General Services Administration and published at 28 U.S.C. § 1821(c)(2). Travel by POV must be approved in writing by Commission staff as advantageous to the government.

f.  *Miscellaneous Travel Expenses*.  You are entitled to reimbursement for the following charges: toll charges on roads, bridges, tunnels, and ferries; necessary taxicab fares between places of lodging and carrier terminals; and parking fees.  You are not entitled to reimbursement for telephone expenses.  Receipts must be submitted to obtain reimbursement for all permitted expenses.

g.  *Subsistence Expenses*.  You are entitled to reimbursement for subsistence expenses when the distance between the place of attendance and your residence precludes daily return travel.  Subsistence allowances for witnesses are calculated and paid in the same manner as those paid to Federal employees.  For information concerning the maximum daily allowance for reimbursement in your area, contact the Business Management Unit, Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581.  Receipts must be submitted for lodging expenses and all individual expenditures.

h.  *Reimbursement*.  To receive reimbursement for allowable witness fees and expenses, you must complete and return a reimbursement claim form to the Commission within sixty (60) days of the date of your appearance.  The claim must include the departure time from your residence and the time you returned to your residence after presenting testimony.  In order to receive reimbursement, all receipts specified above must be submitted with the claim.

To obtain a reimbursement claim form, contact the Commission representative taking your testimony.

If you do not want to receive any reimbursement for fees and expenses, please:

(1) print your name in Part I of the reimbursement claim (address is not necessary);
(2) complete Part II, Line 7 with "0";
(3) sign and date Line 9; and
(4) return claim.

If you received a government-paid airline or train ticket, please attach the receipt or stub to the claim.

i.  *Travel Order*.  In order to ensure that you will be reimbursed for your expenses, it is in your best interest to secure a signed copy of the travel order from the Business Management Unit, Commodity Futures Trading Commission, Three Lafayette Centre, 1155 21st Street, NW, Washington, D.C. 20581, prior to testifying, if feasible.  The travel order specifies all expenses which have been authorized, including, for example, travel by POV or rental car.

November 9, 2020

# EXHIBIT M

| | |
|---|---|
| **From:** | Robert Pearce |
| **To:** | Sloey, Nicholas |
| **Subject:** | [EXTERNAL] RE: RE: RE: FW: Damian Castilla; CFTC Investigation |
| **Date:** | Tuesday, August 31, 2021 2:55:27 PM |
| **Attachments:** | image010.png |
| | image011.jpg |
| | image012.jpg |
| | image013.jpg |
| | image014.png |
| | image015.jpg |
| | image016.jpg |
| | image017.jpg |
| | image018.png |
| | image019.jpg |
| | image020.jpg |
| | image021.jpg |
| | image022.jpg |

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

yes

Robert W. Pearce, Esq.

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310



Martindale Hubbell AV Badge

SuperLawyers

PIABA

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Sloey, Nicholas [mailto:NSloey@CFTC.gov]
**Sent:** Tuesday, August 31, 2021 3:54 PM
**To:** Robert Pearce
**Cc:** Simek, Thomas
**Subject:** RE: RE: RE: FW: Damian Castilla; CFTC Investigation

Mr. Pearce,

Please confirm whether the documents and information produced by Damian Castilla, DCAST Capital, and Five Traders are complete for requests 1, 2, and 12.

Regards,

Nick

Nicholas Sloey

816-560-8580

---

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Friday, August 27, 2021 2:47 PM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] RE: RE: FW: Damian Castilla; CFTC Investigation

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

I plan on inviting you to Dropbox folder where you will find the documents/information responsive to request 1,2 and 12.

Robert W. Pearce, Esq.

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

SuperLawyers

Martindale Hubbell AV Badge

PIABA

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

---

**From:** Sloey, Nicholas [mailto:NSloey@CFTC.gov]
**Sent:** Tuesday, August 24, 2021 11:54 AM
**To:** Robert Pearce
**Cc:** Simek, Thomas
**Subject:** RE: RE: FW: Damian Castilla; CFTC Investigation

Mr. Pearce,

Just to be clear, the time for a potential early resolution is extremely short and requires a response

from your client on the items I identified.

Nicholas Sloey

816-560-8580

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Tuesday, August 24, 2021 10:39 AM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] RE: FW: Damian Castilla; CFTC Investigation

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

FYI, I just heard from client and am advised that there has been a family emergency and hospitalization over the weekend. He recognizes the importance of getting you a response and will the best he can under the circumstances.

Robert W. Pearce, Esq.

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

| Martindale Hubbell AV Badge | http://www.milliondollaradvocates.com/Box5.gif |
|---|---|
| [?] | [?] |

| SuperLawyers | PIABA |
|---|---|
| [?] | [?] |

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Sloey, Nicholas [mailto:NSloey@CFTC.gov]
**Sent:** Tuesday, August 24, 2021 10:09 AM
**To:** Robert Pearce
**Cc:** Simek, Thomas
**Subject:** RE: FW: Damian Castilla; CFTC Investigation

Mr. Pearce,

Thank you for your response. In an effort to potentially move quickly toward an early resolution, we request that your clients' response to the subpoena focus, initially, on requests numbers 1, 2, 3, and 12.

Regards,
Nick
Nicholas Sloey
816-560-8580

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Friday, August 20, 2021 9:10 AM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] FW: Damian Castilla; CFTC Investigation

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

Mr. Sloey,

My contact information is below.

Robert W. Pearce, Esq.

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

| Martindale Hubbell AV Badge | http://www.milliondollaradvocates.com/Box5.gif |
|---|---|
| ? | ? |

| SuperLawyers | PIABA |
|---|---|
| ? | ? |

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Monica Duncan
**Sent:** Friday, August 20, 2021 9:54 AM
**To:** Robert Pearce
**Subject:** Damian Castilla; CFTC Investigation

Monica Duncan
Legal Assistant
Robert Wayne Pearce, P.A.
1499 W. Palmetto Park Road, Suite 400
Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

Confidentiality Note:This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

| | |
|---|---|
| **From:** | Sloey, Nicholas |
| **To:** | Robert Pearce |
| **Cc:** | Simek, Thomas |
| **Subject:** | RE: [EXTERNAL] RE: RE: FW: Damian Castilla; CFTC Investigation |
| **Date:** | Tuesday, August 31, 2021 2:53:00 PM |
| **Attachments:** | image001.png |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.png |
| | image006.jpg |
| | image007.jpg |
| | image008.jpg |
| | image009.jpg |

Mr. Pearce,
Please confirm whether the documents and information produced by Damian Castilla, DCAST Capital, and Five Traders are complete for requests 1, 2, and 12.
Regards,
Nick
Nicholas Sloey
816-560-8580

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Friday, August 27, 2021 2:47 PM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] RE: RE: FW: Damian Castilla; CFTC Investigation

**CAUTION**: This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

I plan on inviting you to Dropbox folder where you will find the documents/information responsive to request 1,2 and 12.
Robert W. Pearce, Esq.
Robert Wayne Pearce, P.A.
1499 W. Palmetto Park Road, Suite 400
Boca Raton, Florida 33486
Telephone: (561) 338-0037
Facsimile: (561) 338-9310



Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and

may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Sloey, Nicholas [mailto:NSloey@CFTC.gov]
**Sent:** Tuesday, August 24, 2021 11:54 AM
**To:** Robert Pearce
**Cc:** Simek, Thomas
**Subject:** RE: RE: FW: Damian Castilla; CFTC Investigation

Mr. Pearce,

Just to be clear, the time for a potential early resolution is extremely short and requires a response from your client on the items I identified.

Nicholas Sloey
816-560-8580

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Tuesday, August 24, 2021 10:39 AM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] RE: FW: Damian Castilla; CFTC Investigation

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

FYI, I just heard from client and am advised that there has been a family emergency and hospitalization over the weekend. He recognizes the importance of getting you a response and will the best he can under the circumstances.

Robert W. Pearce, Esq.
Robert Wayne Pearce, P.A.
1499 W. Palmetto Park Road, Suite 400
Boca Raton, Florida 33486
Telephone: (561) 338-0037
Facsimile: (561) 338-9310

Martindale Hubbell AV Badge | http://www.milliondollaradvocates.com/Box5.gif

SuperLawyers | PIABA

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than

the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Sloey, Nicholas [mailto:NSloey@CFTC.gov]
**Sent:** Tuesday, August 24, 2021 10:09 AM
**To:** Robert Pearce
**Cc:** Simek, Thomas
**Subject:** RE: FW: Damian Castilla; CFTC Investigation

Mr. Pearce,

Thank you for your response. In an effort to potentially move quickly toward an early resolution, we request that your clients' response to the subpoena focus, initially, on requests numbers 1, 2, 3, and 12.

Regards,

Nick

Nicholas Sloey

816-560-8580

**From:** Robert Pearce <pearce@rwpearce.com>
**Sent:** Friday, August 20, 2021 9:10 AM
**To:** Sloey, Nicholas <NSloey@CFTC.gov>
**Subject:** [EXTERNAL] FW: Damian Castilla; CFTC Investigation

**CAUTION:** This email originated from outside of CFTC. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you believe this is SPAM simply block sender and delete the email. If you suspect this to be a phishing attempt, please use the "Report Phishing" button on your Outlook menu bar.

---

Mr. Sloey,

My contact information is below.

Robert W. Pearce, Esq.

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

| Martindale Hubbell AV Badge | http://www.milliondollaradvocates.com/Box5.gif |
|---|---|
| [?] | [?] |

| SuperLawyers | PIABA |
|---|---|
| [?] | [?] |

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than

the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.

**From:** Monica Duncan
**Sent:** Friday, August 20, 2021 9:54 AM
**To:** Robert Pearce
**Subject:** Damian Castilla; CFTC Investigation

Monica Duncan

Legal Assistant

Robert Wayne Pearce, P.A.

1499 W. Palmetto Park Road, Suite 400

Boca Raton, Florida 33486

Telephone: (561) 338-0037

Facsimile: (561) 338-9310

Confidentiality Note:This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call the above office and destroy the original message and all copies.